UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONVERGEN ENERGY LLC, L'ANSE WARDEN ELECTRIC COMPANY, LLC, EUROENERGY BIOGAS LATVIA LIMITED, and LIBRA CAPITAL US, INC.<br><br>                              Plaintiffs,<br><br>-against-<br><br>STEVEN J. BROOKS, NIANTICVISTA ENERGY LLC, GREGORY MERLE, RIVERVIEW ENERGY CORPORATION, DANIEL ESCANDON GARCIA, RAMON URIARTE INCHAUSTI, CHIPPER INVESTMENT SCR, SA, URINCHA SL, THEODORE JOHN HANSEN, BRIAN R. MIKKELSON, and CONVERGEN ENERGY WI, LLC,<br><br>                              Defendants. | Index No. |

**PLAINTIFFS CONVERGEN ENERGY LLC, L'ANSE WARDEN ELECTRIC COMPANY, LLC, EUROENERGY BIOGAS LATVIA LIMITED, AND LIBRA CAPITAL US, INC.'S CORPORATE DISCLOSURE STATEMENT**

Plaintiffs Convergen Energy LLC, L'Anse Warden Electric Company, LLC, EuroEnergy Biogas Latvia Limited, and Libra Capital US, Inc. submit this corporate disclosure statement pursuant to Federal Rule of Civil Procedure 7.1.

1. Convergen Energy LLC hereby discloses that its parent is Convergen Energy Holdings LLC and no publicly held corporation owns 10% or more of its stock.

2. L'Anse Warden Electric Company, LLC hereby discloses that its parent is Convergen Energy LLC and no publicly held corporation owns 10% or more of its stock.

3. EuroEnergy Biogas Latvia Limited hereby discloses that its parent is Convergen Energy LLC and no publicly held corporation owns 10% or more of its stock.

4. Libra Capital US, Inc. hereby discloses that its parent is Libra Capital Limited and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       May 14, 2020

Respectfully submitted,

By: */s/ Dov Byron Gold*
Michael Stolper
Dov Byron Gold
SEIDEN LAW GROUP LLP
469 Seventh Avenue, Suite 502
New York, New York 10018
T: (646) 766-1703
E: dgold@seidenlegal.com

*Attorneys for Plaintiffs*