```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/19/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
            :
CONVERGEN ENERGY LLC, et al.,         :
            :
          Plaintiffs,        :
            :    20-cv-3746 (LJL)
    -v-          :
            :    <u>ORDER</u>
STEVEN J. BROOKS, et al.,           :
            :
          Defendants.      :
            :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court is in receipt of Plaintiffs' application for a temporary restraining order and preliminary injunction. *See* Dkt. Nos. 24-26. It is hereby ORDERED that a telephonic hearing on this application is scheduled for May 19, 2020 at 4:00 p.m. The parties are directed to dial into the Court's teleconference line at 888-251-2909, Access Code 2123101, and follow the necessary prompts.

      Plaintiffs are ordered to notify Defendants of this Order in advance of the hearing.

      SO ORDERED.

Dated: May 19, 2020
      New York, New York
                                         LEWIS J. LIMAN
                                         United States District Judge