UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

CONVERGEN ENERGY LLC, et al.,

            Plaintiffs,

v.                                    CASE NO.: 1:20-CV-03746 (LJL)

STEVEN J. BROOKS, et al.,

            Defendants.

## NOTICE OF SPECIAL APPEARANCE

PLEASE TAKE NOTICE that Ryan M. Billings, of Kohner, Mann & Kailas, S.C., specially appears[1] for Defendants Steven J. Brooks, NianticVista Energy, LLC, Gregory Merle, and Riverview Energy Corporation, and requests that all subsequent documents be served upon him at the address listed below.

Dated this 21st day of May, 2020

                                      By:     s/ Ryan M. Billings
                                                  Ryan M. Billings
                                                  S.D.N.Y. Bar No. RB0378
                                                  **KOHNER, MANN & KAILAS, S.C.**
                                                  4650 N. Port Washington Road
                                                  Milwaukee, WI 53212-1059
                                                  Telephone:   (414) 962-5110
                                                  Facsimile:    (414) 962-8725
                                                  Email:        rbillings@kmksc.com

---

[1] None of the Defendants for which undersigned counsel is specially appearing have been served with the Complaint or the waiver of service form counsel requested under Fed. R. Civ. P. 4. Counsel specially appears for the purpose of defending against the preliminary injunction sought by Plaintiffs, with the intent to contest jurisdiction and venue in this Court at an appropriate time after being served, and is appearing without waiving the right to contest jurisdiction and venue, including but not limited to the right to move to compel arbitration.

                                          Attorneys for Defendants Steven J. Brooks, NianticVista Energy, LLC, Gregory Merle, and Riverview Energy Corporation