Seiden Law Group LLP 469 Seventh Avenue, Ste 502 New York, NY 10018

# AFFIDAVIT OF SERVICE

Client's File No.: _____
Case Number: 1:20-cv-03746-LJL
Date Filed: May 14, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



CONVERGEN ENERGY LLC, et al.,

vs

STEVEN J. BROOKS, et al.,

Plaintiff

Defendant

STATE OF WISCONSIN COUNTY OF BROWN SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Wisconsin

That on the following date: May 15, 2020, at the following time: 6:20 PM,
at 2144 BARBERRY LANE, GREEN BAY, WI 54304 deponent served the within
Summons in a Civil Action and Complaint with Jury Demand

[X] Papers so served were properly endorsed with the Case Number and date of filing.

Upon: BRIAN R. MIKKELSON

[X] **Individual** By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the individual described therein.

[ ] **Responsible Person** By delivering to and leaving with _____, _____ Relationship
a true copy thereof, a person of suitable age and discretion. Said premises being the defendant / respondent's
[ ] dwelling place  [ ] place of business/employment  [ ] last known address within the State.  [ ] usual place of abode

[ ] **Mail** A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal and Confidential" in a depository maintained by the U. S. P. S. and mailed to the above address on _____.

[ ] **Corporation LLC / LLP** By delivering to and leaving with _____ said individual to be _____
who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

[ ] **Affixing To Door** By affixing a true copy thereof to the door, being the defendant/respondent's  [ ] dwelling place  [ ] place of business/employment
[ ] last known address within the State.  [ ] usual place of abode

[ ] **Previous Attempts** Deponent previously attempted to serve the above named defendant/respondent on:

**Description of Recipient**
Sex: Male  Color of skin: White  Color of hair: Gray  Age: 50 - 65 Yrs.  Height: 5ft 9inch - 6ft 0inch
Weight: Over 200 Lbs.  Other Features: _____

[ ] **WITNESS FEES** Subpoena Fee Tendered in the amount of _____

[ ] **MILITARY SERVICE** I asked the person spoken to whether defendant was in active military service of the United States in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

[ ] Other

Sworn to before me on May 19th, 2020
_Glenda L. Metzen_ (signature)

_William Lumaye_ (signature)
PROCESS SERVER - PRINT NAME BELOW SIGNATURE
WILLIAM LUMAYE
PROCESS SERVER LICENSE # _____

**Work Order # 1444198**