SEIDEN LAW GROUP LLP 469 SEVENTH AVENUE, STE 502 NEW YORK, NY 10018

# AFFIDAVIT OF SERVICE

Client's File No.: _____
Case Number: 1:20-cv-03746-LJL
Date Filed: May 14, 2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CONVERGEN ENERGY LLC, et al.,

*Plaintiff*

vs

STEVEN J. BROOKS, et al.,

*Defendant*

STATE OF DELAWARE COUNTY OF NEW CASTLE SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Delaware

That on the following date: May 18, 2020, at the following time: 1:50 PM,
at 251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808 deponent served the within
Summons in a Civil Action and Complaint with Jury Demand

[X] Papers so served were properly endorsed with the Case Number and date of filing.
Upon: CONVERGEN ENERGY WI, LLC c/o CORPORATION SERVICE COMPANY

[ ] **Individual** By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the individual described therein.

[ ] **Responsible Person** By delivering to and leaving with _____, _____ (Relationship) a true copy thereof, a person of suitable age and discretion. Said premises being the defendant / respondent's
[ ] dwelling place  [ ] place of business/employment  [ ] last known address within the State.  [ ] usual place of abode

[ ] **Mail** A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal and Confidential" in a depository maintained by the U. S. P. S. and mailed to the above address on _____.

[X] **Corporation LLC / LLP** By delivering to and leaving with LYNANNE GARES said individual to be Authorized Agent who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

[ ] **Affixing To Door** By affixing a true copy thereof to the door, being the defendant/respondent's [ ] dwelling place  [ ] place of business/employment
[ ] last known address within the State. [ ] usual place of abode

[ ] **Previous Attempts** Deponent previously attempted to serve the above named defendant/respondent on:

**Description of Recipient** Sex: Female  Color of skin: White  Color of hair: Brown  Age: 26 - 35 Yrs.  Height: 5ft 4inch - 5ft 8inch
Weight: 131-160 Lbs.  Other Features: _____

[ ] **WITNESS FEES** Subpoena Fee Tendered in the amount of _____

[ ] **MILITARY SERVICE** I asked the person spoken to whether defendant was in active military service of the United States in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

[ ] **Other**

Sworn to before me on May 19, 2020

*[signature]*

KIMBERLY J. RYAN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires March 31, 2024

*[signature]* 5/19/2020
PROCESS SERVER - PRINT NAME BELOW SIGNATURE
DANIELLE STEVENS
PROCESS SERVER LICENSE # No #s in DE
Work Order # 1444199