Seiden Law Group LLP 469 Seventh Avenue, Ste 502 New York, NY 10018

# AFFIDAVIT OF SERVICE

Client's File No.: _____
Case Number: 1:20-cv-03746-LJL
Date Filed: May 14, 2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

*CONVERGEN ENERGY LLC, et al.,*

vs

*STEVEN J. BROOKS, et al.,*

Plaintiff

Defendant

STATE OF WISCONSIN   COUNTY OF   WINNEBAGO   SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Wisconsin

That on the following date: May 19, 2020, at the following time: 11:45 AM,
at 798 TERRA COTTA DRIVE, NEENAH, WI 54956   deponent served the within
Summons in a Civil Action and Complaint with Jury Demand

[X] Papers so served were properly endorsed with the Case Number and date of filing.
Upon: THEODORE JOHN HANSEN

[ ] **Individual** — By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the individual described therein.

[X] **Responsible Person** — By delivering to and leaving with MRS. HANSEN, Wife (Relationship)
a true copy thereof, a person of suitable age and discretion. Said premises being the defendant / respondent's
[ ] dwelling place   [ ] place of business/employment   [ ] last known address within the State.   [ ] usual place of abode

[ ] **Mail** — A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal and Confidential" in a depository maintained by the U. S. P. S. and mailed to the above address on _____.

[ ] **Corporation LLC / LLP** — By delivering to and leaving with _____ said individual to be _____ who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

[ ] **Affixing To Door** — By affixing a true copy thereof to the door, being the defendant/respondent's [ ] dwelling place   [ ] place of business/employment   [ ] last known address within the State.   [ ] usual place of abode

[ ] **Previous Attempts** — Deponent previously attempted to serve the above named defendant/respondent on:

**Description of Recipient**: Sex: Female   Color of skin: White   Color of hair: Blonde   Age: 36 - 50 Yrs.   Height: 5ft 4inch - 5ft 8inch   Weight: 131-160 Lbs.   Other Features: _____

[ ] **WITNESS FEES** — Subpoena Fee Tendered in the amount of _____

[X] **MILITARY SERVICE** — I asked the person spoken to whether defendant was in active military service of the United States in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

[X] **Other** — Mrs. Hansen verified that the Subject is her Husband and that he was at work.

Sworn to before me on 5-28-20

Notary Public, State of Wisconsin
My Commission expires 4/13/2024
(Amy Klewicki, Notary Public, State of Wisconsin)

PROCESS SERVER - PRINT NAME BELOW SIGNATURE
KENNETH KLEWICKI
PROCESS SERVER LICENSE # Apps 4243
Work Order # 1444197