UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CONVERGEN ENERGY LLC, et al.,

                Plaintiffs

v.

STEVEN J. BROOKS, et al.,

                Defendants.

20-CV-3746 (LJL)

**NOTICE OF APPEARANCE**

---

PLEASE TAKE NOTICE THAT the undersigned, Benjamin D. LaFrombois of the law firm of von Briesen & Roper, s.c., hereby enters his appearance in this matter as co-counsel for Defendants, Theodore John Hansen, Brian R. Mikkelson and Convergen Energy WI, LLC, in the above-referenced matter. The undersigned's Petition for Admission, Motion for Admission Pro Hac Vice, Affidavit in Support of Admission Pro Hac Vice and Certificate of Good Standing from the Wisconsin Supreme Court are being submitted concurrently herewith. Counsel appears for the purpose of defending against the preliminary injunction sought by Plaintiffs, with the intent to contest jurisdiction and venue in this Court at an appropriate time, and appears without waiving the right to contest jurisdiction and venue, including but not limited to the right to move to compel arbitration.

Dated: May 28, 2020

By: _____
Benjamin D. LaFrombois, Esq.
VON BRIESEN & ROPER, S.C.
2905 Universal Street, Suite 2
Oshkosh, WI 54904
Direct Dial: 920.233.4704
Email: blafrombois@vonbriesen.com
*Attorneys for Defendants Theodore John Hansen, Brian R. Mikkelson and Convergen Energy WI, LLC*