UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CONVERGEN ENERGY LLC, et al.,

                Plaintiffs

v.

STEVEN J. BROOKS, et al.,

                Defendants.

20-CV-3746 (LJL)

**MOTION FOR ADMISSION PRO HAC VICE**

---

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, William E. Fischer, of the law firm of von Briesen & Roper, s.c., hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Theodore John Hansen, Brian R. Mikkelson and Convergen Energy WI, LLC in the above-captioned action.

I am in good standing of the bar of the state of Wisconsin and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: May 29, 2020

Respectfully Submitted,

_[signature]_
Applicant Signature
Applicant's Name:  William E. Fischer
Firm Name:    von Briesen & Roper, s.c.
Address:   2905 Universal Street, Suite 2
City/State/Zip:   Oshkosh, WI  54904
Telephone:         920.232.4843
Email:       wfischer@vonbriesen.com