UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CONVERGEN ENERGY LLC, et al.,

                Plaintiffs

v.

STEVEN J. BROOKS, et al.,

                Defendants.

20-CV-3746 (LJL)

**AFFIDAVIT OF WILLIAM E. FISCHER IN SUPPORT OF ADMISSION PRO HAC VICE**

---

STATE OF WISCONSIN    )
                                  ) ss
COUNTY OF WINNEBAGO  )

WILLIAM E. FISCHER, being duly sworn, deposes and says:

1. I am an attorney-at-law admitted to practice in the State of Wisconsin and am a shareholder with the firm of von Briesen & Roper, s.c., 2905 Universal, Suite 2, Oshkosh, WI 54904.

2. I submit this Affidavit in support of my application for admission to the Bar of this Court pro hac vice for purposes of participating in this matter.

3. I am a 2003 graduate of Marquette University School of Law. I am duly licensed and authorized to practice before the Courts of the State of Wisconsin. I have been a member in good standing of the State Bar of Wisconsin since 2003. I have also been admitted to practice law before the U.S. District Court for the Eastern and Western Districts of Wisconsin, the United States Court of Appeals 7th District and 9th District, the Northern District of Ohio and the Northern District of Illinois.

4. There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction in which I have been admitted to practice. I have never been held in contempt

of any Court, nor have I ever been censured, suspended, disbarred or denied admission or readmission by any Court.

5. I have been requested to assist in the representation of Theodore John Hansen, Brian R. Mikkelson and Convergen Energy WI, LLC with respect to all aspects of this case, including trial.

6. I am fully familiar with the facts and issues involved in this case.

7. I understand and agree that I will be bound by all of the rules governing this Court.

8. In view of the foregoing, I respectfully request that I be admitted pro hac vice.

WILLIAM E. FISCHER
Wisconsin State Bar No. 1045725

Subscribed and sworn to before me
this 28th day of May, 2020.

Notary Public, Wisconsin
My Commission expires: 9/13/2020