

# WISCONSIN SUPREME COURT

## OFFICE OF THE CLERK

110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

Sheila T. Reiff
Clerk

## *CERTIFICATE OF GOOD STANDING*

*I, Christopher J. Paulsen, Chief Deputy Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:*

*WILLIAM E. FISCHER*

*was admitted to practice as an attorney within this state on May 19, 2003 and is presently in good standing in this court.*

*Dated: May 22, 2020*

CHRISTOPHER J. PAULSEN
*Chief Deputy Clerk of Supreme Court*

AP-7000, 03/2005 Certificate of Good Standing