UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CONVERGEN ENERGY LLC, et al.,

                Plaintiffs,

v.

STEVEN J. BROOKS, et al.,

                Defendants.

---

20-CV-3746 (LJL)

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of William E. Fischer, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Wisconsin; and that his contact information is as follows (please print):

    Applicant's Name:    William E. Fischer
    Firm Name:    von Briesen & Roper, s.c.
    Address:    2905 Universal Street, Suite 2
    City/State/Zip:    Oshkosh, WI  54904
    Telephone/Fax:    920.232.4843 / 920.232.4883

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendants, Theodore John Hansen, Brian R. Mikkelson, and Convergen Energy WI, LLC, in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

                                                          _____
                                                          United States District / Magistrate Judge