UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CONVERGEN ENERGY LLC, L'ANSE WARDEN ELECTRIC COMPANY, LLC, EUROENERGY BIOGAS LATVIA LIMITED, and LIBRA CAPITAL US, INC.

                      Plaintiffs,

-against-

STEVEN J. BROOKS, NIANTICVISTA ENERGY LLC, GREGORY MERLE, RIVERVIEW ENERGY CORPORATION, DANIEL ESCANDON GARCIA, RAMON URIARTE INCHAUSTI, CHIPPER INVESTMENT SCR, SA, URINCHA SL, THEODORE JOHN HANSEN, BRIAN R. MIKKELSON, and CONVERGEN ENERGY WI, LLC,

                      Defendants.

Case No. 1:20-cv-03746

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

    Please take notice that Michael Stolper of Seiden Law Group LLP, hereby appears on behalf of plaintiffs Convergen Energy LLC, L'anse Warden Electric Company, LLC, Euroenergy Biogas Latvia Limited, and Libra Capital US, Inc. I certify that I am admitted to practice before this Court.

Dated: June 4, 2020
       New York, New York

                      Respectfully submitted,

                      By: /s/ Michael Stolper

                      **MICHAEL STOLPER**
                      SEIDEN LAW GROUP LLP
                      469 Seventh Ave, Suite 502
                      New York, New York 10018
                      (212) 337-3502

                      *Counsel for Plaintiffs*