

TAGLaw International Lawyers

William E. Fischer
Direct Telephone
920-232-4843
wfischer@vonbriesen.com

June 5, 2020

**<u>By ECF</u>**
Hon. Lewis J. Liman
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY  10007

      RE:   <u>Convergen Energy LLC, et al. v. Brooks, et al.</u>
               Case No. 1:20-CV-03746-LJL

Dear Judge Liman:

Currently, the due date for defendant Brian R. Mikkelson to answer or otherwise respond to the complaint in this matter is Friday, June 5, and the due date for defendants Theodore John Hansen and Convergen Energy WI, LLC to respond to the complaint is Monday, June 8.  Due to waivers of service, the due date for the other defendants served in this matter is July 17.

The parties have conferred with each other by electronic mail and agreed to extend the due date for all defendants to answer or otherwise respond to the complaint to July 17.  This extension will be more efficient for the parties and the Court, and allow the parties to focus first on resolving issues raised by the plaintiffs' preliminary injunction motions.

We are authorized to state that attorneys Michael Stolper and Ryan M. Billings have reviewed and approve this letter.

Very truly yours,

von BRIESEN & ROPER, s.c.

William E. Fischer

WEF:erk

cc:    Counsel of Record via ECF

2905 Universal Street, Suite 2    Oshkosh, WI 54904    Phone 920-233-0250    Fax 920-233-8528