UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONVERGEN ENERGY LLC, L'ANSE WARDEN ELECTRIC COMPANY, LLC, EUROENERGY BIOGAS LATVIA LIMITED, and LIBRA CAPITAL US, INC.<br><br>                        Plaintiffs,<br><br>-against-<br><br>STEVEN J. BROOKS, NIANTICVISTA ENERGY LLC, GREGORY MERLE, RIVERVIEW ENERGY CORPORATION, DANIEL ESCANDON GARCIA, RAMON URIARTE INCHAUSTI, CHIPPER INVESTMENT SCR, SA, URINCHA SL, THEODORE JOHN HANSEN, BRIAN R. MIKKELSON, and CONVERGEN ENERGY WI, LLC,<br><br>                        Defendants. | Index No. **1:20-cv-03746** (LJL)<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE, that upon the memorandum of law in support of its motion for alternative service, dated June 18, 2020 the accompanying declaration of Dov Gold, plaintiffs Convergen Energy LLC, L'anse Warden Electric Company, LLC, Euroenergy Biogas Latvia Limited, and Libra Capital US, Inc ("Plaintiffs") will move this court, before Hon. Lewis J. Liman, at the federal courthouse located at 500 Pearl Street, New York, New York, 10007 on a date to be set by the court for an order pursuant to Rules 4(f) and 4(h)(2) of the Federal Rules of Civil Procedure, granting Plaintiffs' motion for alternative service of the English and Spanish translation of the summons and complaint on Defendants Daniel Escandon Garcia, Ramon Uriarte Inchausti, Chipper Investment SCR, SA, and Urincha SL by personal service, email, postal channels, or on their counsel by email.

Dated: June 18, 2020
New York, New York

                              SEIDEN LAW GROUP, LLP

                           By: ___/s/ Dov Gold_____
                                Michael Stolper
                                Dov B. Gold
                                469 Seventh Avenue, Fifth Fl.
                                New York, NY 10018
                                (646) 766-1703

                                *Counsel forPlaintiffs*