## RE: Your Email of May 11 -- Convergen

Michael Stolper <mstolper@seidenlegal.com>
Fri 5/22/2020 1:38 PM

**To:** Filardo, Vincent (US) <vincent.filardo@us.kwm.com>; Robert Seiden <rseiden@seidenlegal.com>; Amiad Kushner <akushner@seidenlegal.com>; Dov B. Gold <dgold@seidenlegal.com>
**Cc:** Luo, Laura (US) <laura.luo@us.kwm.com>; Zatorre, Evan (US) <evan.zatorre@us.kwm.com>; Brand, Elliot (US) <elliot.brand@us.kwm.com>

## Please confirm the addresses of your clients.

**From:** Filardo, Vincent (US) <vincent.filardo@us.kwm.com>
**Sent:** Thursday, May 14, 2020 10:13 AM
**To:** Michael Stolper <mstolper@seidenlegal.com>; Robert Seiden <rseiden@seidenlegal.com>; Amiad Kushner <akushner@seidenlegal.com>; Dov B. Gold <dgold@seidenlegal.com>
**Cc:** Luo, Laura (US) <laura.luo@us.kwm.com>; Zatorre, Evan (US) <evan.zatorre@us.kwm.com>; Brand, Elliot (US) <elliot.brand@us.kwm.com>
**Subject:** Your Email of May 11 -- Convergen

Mr. Stolper,

King & Wood Mallesons ("KWM") is counsel to Daniel Escandon Garcia, Ramon Uriarte Inchausti, Chipper Investment SCR, SA, and Urincha SL (collectively, "Clients").  All further correspondence from you or your firm on this matter should be directed to me and KWM.

You are hereby advised, however, that we are not authorized to, nor will we accept, service of process on behalf of our Clients.  Moreover, this response in no way represents consent to personal jurisdiction over our Clients in New York, or elsewhere in the U.S., which is expressly contested.  Indeed, our Clients expressly reserve all available defenses to the claims in your putative action, including with respect to service of process, jurisdiction and venue.

Finally, we disagree with the statement in your below email that "time is of the essence," and with respect to "irreparable harm."  Those assertions have no merit whatsoever.  If you proceed with your stated course of action, our Clients reserve the right to seek appropriate sanctions pursuant to Part 130 of the Rules of the Chief Administrative Judge (i.e., Rule 130-1.1(c)).

Sincerely,

**Vincent Filardo, Jr.**
**Partner**
**King & Wood Mallesons LLP**
500 Fifth Avenue, 50th Floor
New York, NY 10110, USA
T: +1.212.319.4755 | D: +1.347.926.7570 | M: +1.845.548.9539
vincent.filardo@us.kwm.com | www.kwm.com
This communication and any attachments are confidential and may be privileged.

**From:** Michael Stolper <mstolper@seidenlegal.com>
**Sent:** Monday, May 11, 2020 1:08 PM
**To:** stevebrooks17@gmail.com; ruriarte@moninvest.es; Luo, Laura (US) <laura.luo@us.kwm.com>; Filardo, Vincent (US) <vincent.filardo@us.kwm.com>; greg.merle@riverviewenergy.com; ted.hansen@convergenenergy.com; brian.mikkelson@convergenenergy.com
**Cc:** Robert Seiden <rseiden@seidenlegal.com>; Amiad Kushner <akushner@seidenlegal.com>; Dov B. Gold <dgold@seidenlegal.com>
**Subject:** Convergen Legal matter - Time Sensitive

To whom it may concern:

Absent resolution of the issues raised in the attached complaint by noon Thursday, May 14, 2020, we will be seeking relief in a New York court, as time is of the essence due to the ongoing irreparable harm at issue.  Be guided accordingly.

Michael Stolper

Michael Stolper, Esq.
**Seiden Law Group, LLP**
469 Seventh Avenue
Suite 502
New York, NY 10018
(212) 337-3502(direct office)
(917) 626-1175 (mobile)
www.seidenlawgroup.com

This e-mail is from King & Wood Mallesons LLP, a New York Limited Liability Partnership. This email and any attachment is intended for the use of the individual or entity who is the intended recipient and may contain information that is privileged or confidential. If you have received this e-mail in error, please notify King & Wood Mallesons LLP immediately by replying to this e-mail and delete all copies of the e-mail and the attachments thereto (if any). Thank you.

Disclaimer: King & Wood Mallesons refers to the network of firms that are members of the King & Wood Mallesons network. See www.kwm.com for more information. Legal services are provided independently by each of the separate member firms. The term "partner" refers to any individual who is a member of any King & Wood Mallesons entity or an employee or consultant with equivalent standing and qualifications. No member firm nor any of its partners, consultants or employees acts as agent for any other member firm or any of its partners, consultants or employees. No individual partner, consultant, or employee in any member firm has authority to bind any other member firm.