6/4/2020                                  Mail – Dov B. Gold – Outlook

**RE: Service**

FERNANDEZ DOMINGUEZ, LAURA <laura.fernandez@mjusticia.es>
Tue 5/19/2020 5:45 AM

**To:** Kayla Conway <kconway@seidenlegal.com>; VILLA ALBERTINI, SILVIA <silvia.villa@mjusticia.es>
**Cc:** Dov B. Gold <dgold@seidenlegal.com>; Claudia Varner <cvarner@seidenlegal.com>

Dear Mrs. Conway,

Spain's Central Authority will not be able to ensure the processing of every request received for the duration of this exceptional situation. Legal proceedings are currently limited in Spain; therefore, only urgent requests, with due accreditation of said urgency, that have been electronically filed will effectively be processed.
Sincerely,

Laura Fernandez Dominguez
Head of Civil Legal Aid Service
Deputy General Directorate for International Legal Cooperation
Department of Justice

**From:** Kayla Conway <kconway@seidenlegal.com>
**Sent:** Monday, May 18th 2020 2:34
**To:** FERNANDEZ DOMINGUEZ, LAURA <laura.fernandez@mjusticia.es>; VILLA ALBERTINI, SILVIA <silvia.villa@mjusticia.es>
**Cc:** Dov B. Gold <dgold@seidenlegal.com>; Claudia Varner <cvarner@seidenlegal.com>
**Subject:** Re: Service

Ms. Fernandez and Ms. Villa,
I am writing from a law firm in New York, New York. We are looking to effect service via the Hague Service Convention in Spain. Provided the current global pandemic due to COVID-19, my law firm would like to understand what the status is currently in regards to serving through Spain's Central Authority. Specifically, is the Subdirección General de Cooperación Jurídica International currently accepting requests for service? Are you currently serving requests? Do you anticipate any delays? If not, when can you expect to resume service?
Looking forward to hearing from you. Thank you in advance for you assistance in this matter.
Sincerely,

**Kayla Conway**
Seiden Law Group LLP

6/4/2020                              Mail – Dov B. Gold – Outlook

Attorneys at Law
469 Seventh Avenue
Suite 502
New York, NY 10018
(Office) 646.766.1740
www.seidenlawgroup.com

All information contained in this email (and any attachments) is confidential and protected by law and is intened for the email recipient designated in the email. If you receive this in error, please let the sender know and then delete the email at once without Reading the contents. Please do not copy this email for any other purpose or disclose the contents of this email.

> On May 15, 2020, at 11:58 AM, Kayla Conway <kconway@seidenlegal.com> wrote:
>
> Ms. Fernandez and Ms. Villa,
>
> I am writing from a law firm in New York, New York. We are looking to effect service via the Hague Service Convention in Spain. Provided the current global pandemic due to COVID-19, my law firm would like to understand what the status is currently in regards to serving through Spain's Central Authority. Specifically, is the Subdirección General de Cooperación Jurídica International currently accepting requests for service? Are you currently serving requests? Do you anticipate any delays? If not, when can you expect to resume service?
>
> Looking forward to hearing from you. Thank you in advance for you assistance in this matter.
>
> Sincerely,
>
> **Kayla Conway**
> Seiden Law Group LLP
> Attorneys at Law
> 469 Seventh Avenue
> Suite 502
> New York, NY 10018
> (Office) 646.766.1740
> (Mobile) 516.754.4677
> www.seidenlawgroup.com
>
> <eSig!.jpg>
>
> All information contained in this email (and any attachments) is confidential and protected by law and is intended for the email recipient designated in the email. If you receive this in error, please let the sender know and then delete the email at once without reading the contents. Please do not copy this email for any other purpose or disclose the contents of this email.

## RE: Service

**FERNANDEZ DOMINGUEZ, LAURA** <laura.fernandez@mjusticia.es>
Tue 5/19/2020 5:45 AM

**To:** Kayla Conway <kconway@seidenlegal.com>; VILLA ALBERTINI, SILVIA <silvia.villa@mjusticia.es>
**Cc:** Dov B. Gold <dgold@seidenlegal.com>; Claudia Varner <cvarner@seidenlegal.com>

Estimada Sra. Conway
Mientras se mantenga esta situación excepcional  Autoridad Central  española no podrá garantizar la tramitación de todas las solicitudes que se reciban. La práctica de diligencias judiciales en España se encuentra muy limitada, por lo que únicamente podrá asegurarse la tramitación de solicitudes  que tengan una urgencia inaplazable debidamente acreditada y siempre que las mismas se remitan por vía electrónica.
Atentamente,

Laura Fernández Domínguez
Jefe de Servicio de Auxilio Judicial Civil
Subdirección General de Cooperación Jurídica Internacional
Ministerio de Justicia.

---

**De:** Kayla Conway <kconway@seidenlegal.com>
**Enviado el:** lunes, 18 de mayo de 2020 2:34
**Para:** FERNANDEZ DOMINGUEZ, LAURA <laura.fernandez@mjusticia.es>; VILLA ALBERTINI, SILVIA <silvia.villa@mjusticia.es>
**CC:** Dov B. Gold <dgold@seidenlegal.com>; Claudia Varner <cvarner@seidenlegal.com>
**Asunto:** Re: Service

Señora Fernandez y Señora Villa,

Estoy escribiendo desde un despacho de abogados en la ciudad de Nueva York. Nosotros estamos tratando de notificar una citación a través de la Convenio de La Haya en España.

Dada la actual pandemia mundial debido a COVID-19, mi despacho de abogados quisiera entender cuál es el estado actual en lo que respecta a notificar una citación de la Autoridad Central de España.

Específicamente, ¿la Subdirección General de Cooperación Jurídica Internacional acepta actualmente solicitudes de notificación?

¿Actualmente atiende solicitudes?

¿Anticipa alguna demora?

Si no, ¿cuándo puede esperar reanudar la notificación?

A la espera de saber de ti. Gracias de antemano por su ayuda en este asunto.

Sinceramente,

**Kayla Conway**
Seiden Law Group LLP

Attorneys at Law
469 Seventh Avenue
Suite 502
New York, NY 10018
(Office) 646.766.1740
www.seidenlawgroup.com

All information contained in this email (and any attachments) is confidential and protected by law and is intended for the email recipient designated in the email. If you receive this in error, please let the sender know and then delete the email at once without reading the contents. Please do not copy this email for any other purpose or disclose the contents of this email.

On May 15, 2020, at 11:58 AM, Kayla Conway <kconway@seidenlegal.com> wrote:

 Ms. Fernandez and Ms. Villa,

I am writing from a law firm in New York, New York. We are looking to effect service via the Hague Service Convention in Spain. Provided the current global pandemic due to COVID-19, my law firm would like to understand what the status is currently in regards to serving through Spain's Central Authority. Specifically, is the Subdirección General de Cooperación Jurídica International currently accepting requests for service? Are you currently serving requests? Do you anticipate any delays? If not, when can you expect to resume service?

Looking forward to hearing from you. Thank you in advance for you assistance in this matter.

Sincerely,

**Kayla Conway**
Seiden Law Group LLP
Attorneys at Law
469 Seventh Avenue
Suite 502
New York, NY 10018
(Office) 646.766.1740
(Mobile) 516.754.4677
www.seidenlawgroup.com

<eSig!.jpg>

All information contained in this email (and any attachments) is confidential and protected by law and is intended for the email recipient designated in the email. If you receive this in error, please let the sender know and then delete the email at once without reading the contents. Please do not copy this email for any other purpose or disclose the contents of this email.

# TRANSLATION CERTIFICATION

Date: June 7, 2020

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- Spanish (Latin America)

To:

- English (USA)

The documents are designated as:

- Hague Mail - Dov B. Gold - Outlook.pdf

Sanam Bibi, Project Coordinator in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

_____
Signature of Sanam Bibi

Global Solutions. Local Expertise.