

CENTRAL MERCANTILE REGISTER

TYPE OF SEARCH:
PERSON SEARCHED:     CHIPPER INVEST SCR SA

**CHIPPER INVEST SCR SA**

| | |
|---|---|
| Company Name | |
| Registry | MADRID |
| Section | 8 |
| Page | 578468 |
| Duplicate page | |
| CIF (VAT) | A86970654 |
| OPERATIONS BEGIN | 19/03/2014 |
| ADDRESS | |
| Address | PLAZA DE LA INDEPENDENCIA  6 |
| City | MADRID |
| Province | MADRID |
| Company aim | Toma de participaciones temporales en el capital de empresas no financieras y de naturaleza no inmobiliaria que en el momento de la toma de participacion no coticen en el primer mercado de Bolsas de Valores o en cualquie |
| CAPITAL | |
| Endorsed | 1202000 € |
| Paid Out | 1202000 € |
| Observations | |

CENTRAL MERCANTILE REGISTER

TYPE OF SEARCH: ADMINISTRATORS AND LEGAL REPRESENTATIVES
PERSON SEARCHED: CHIPPER INVEST SCR SA

| Inscription Number | Date of Inscription | Surname/s and Name | NIF | Post |
|---|---|---|---|---|
| 00006 | 08/02/2017 | ABANTE ASESORES GESTION SGIIC SA | A83162065 | Ent. Gestora |
| 00006 | 08/02/2017 | ESCANDON GARCIA DANIEL | 02889806V | Apoderado |
| 00008 | 10/07/2018 | ESCANDON GARCIA DANIEL | 02889806V | Representan |
| 00006 | 08/02/2017 | HERRERA HERNAMPEREZ MARIA DE LAS VIÑAS | 71256743Y | Consejero |
| 00008 | 10/07/2018 | NUMALA INVEST SL | B98430549 | Consejero |
| 00008 | 10/07/2018 | NUMALA INVEST SL | B98430549 | Secretario |
| 00009 | 30/07/2019 | PRICEWATERHOUSECOOPERS AUDITORES SL | B79031290 | Auditor |
| 00006 | 08/02/2017 | URIARTE INCHAUSTI RAMON | 52363714M | Apoderado |
| 00006 | 08/02/2017 | URIARTE INCHAUSTI RAMON | 52363714M | Representan |
| 00006 | 08/02/2017 | URINCHA SL | B83740456 | Consejero |
| 00006 | 08/02/2017 | URINCHA SL | B83740456 | Presidente |

CENTRAL MERCANTILE REGISTER

TYPE OF SEARCH:
PERSON SEARCHED:     URINCHA SL

| | |
|---|---|
| Company Name | **URINCHA SL** |
| Registry | MADRID |
| Section | 8 |
| Page | 336784 |
| Duplicate page | |
| CIF (VAT) | B83740456 |
| OPERATIONS BEGIN | 06/08/2003 |
| ADDRESS | |
| Address | C/ ISLA DE LANZAROTE  5 |
| City | BOADILLA DEL MONTE |
| Province | MADRID |
| Company aim | ADQUISICION, TENENCIA Y ENAJENACION DE FINCAS RUSTICAS Y URBANAS. CONSTRUCCION POR CUENTA PROPIA O AJENA DE TODO TIPO DE EDIFICACIONES Y URBANIZACIONES PUBLICAS O PRIVADAS. |
| CAPITAL | |
| Endorsed | 6852955 € |
| Paid Out | 6852955 € |
| Observations | |



CENTRAL MERCANTILE REGISTER

| TYPE OF SEARCH: | ADMINISTRATORS AND LEGAL REPRESENTATIVES | | | |
| PERSON SEARCHED: | URINCHA SL | | | |

| Inscription Number | Date of Inscription | Surname/s and Name | NIF | Post |
|---|---|---|---|---|
| 00010 | 21/07/2015 | DIAZ CAPITAN MANUEL | 11781225G | SecreNoConsj |
| 00010 | 21/07/2015 | INCHAUSTI GALLARZAGOITIA MARIA LOURDES | 72161983N | Consejero |
| 00010 | 21/07/2015 | URIARTE INCHAUSTI INES | 50170748C | Consejero |
| 00010 | 21/07/2015 | URIARTE INCHAUSTI ISABEL | 50170747L | Consejero |
| 00002 | 07/10/2003 | URIARTE INCHAUSTI RAMON | | Apoderado |
| 00010 | 21/07/2015 | URIARTE INCHAUSTI RAMON | 52363714M | Consejero |
| 00010 | 21/07/2015 | URIARTE INCHAUSTI RAMON | 52363714M | Presidente |
| 00010 | 21/07/2015 | URIARTE INCHAUSTI RAMON | 52363714M | Cons.Del.Sol |