UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONVERGEN ENERGY LLC, L'ANSE WARDEN ELECTRIC COMPANY, LLC, EUROENERGY BIOGAS LATVIA LIMITED, and LIBRA CAPITAL US, INC.<br><br>                   Plaintiffs,<br><br>-against-<br><br>STEVEN J. BROOKS, NIANTICVISTA ENERGY LLC, GREGORY MERLE, RIVERVIEW ENERGY CORPORATION, DANIEL ESCANDON GARCIA, RAMON URIARTE INCHAUSTI, CHIPPER INVESTMENT SCR, SA, URINCHA SL, THEODORE JOHN HANSEN, BRIAN R. MIKKELSON, and CONVERGEN ENERGY WI, LLC,<br><br>                  Defendants. | Index No. **1:20-cv-03746** (LJL)<br><br>**[PROPOSED] ORDER** |

    On June 18, 2020, the Plaintiffs in this action submitted a motion to the Court requesting an Order granting alternative means of service on Defendants. I have reviewed the Plaintiffs' submission, and, with good cause appearing, it is hereby:

    **ORDERED** that, the motion is GRANTED, and the Plaintiffs may serve the English and Spanish translation of the Summons and Complaint on Defendants Daniel Escandon Garcia, Ramon Uriarte Inchausti, Chipper Investment SCR, SA, and Urincha SL by email service on their counsel at King & Wood Mallesons' New York office as well, and it is

    **ORDERED** that, the motion is GRANTED, and the Plaintiffs may serve the English and Spanish translation of the Summons and Complaint on Defendant Ramon Uriarte Inchausti by email (ruriarte@moninvest.es), personal service in Spain, or by postal channels (Calle Isla de

Lanzarote 5, Boadilla Del Monte 28660, Madrid, Spain) without requiring a signature upon delivery as well, and it is

**ORDERED** that, the motion is GRANTED, and the Plaintiffs may serve the English and Spanish translation of the Summons and Complaint on Defendant Daniel Escandon Garcia by email, personal service in Spain, or by postal channels without requiring a signature upon delivery as well, and it is

**ORDERED** that, the motion is GRANTED, and the Plaintiffs may serve the English and Spanish translation of the Summons and Complaint on Defendant Chipper Investment SCR, SA by email (ruriarte@moninvest.es) or by postal channels (Plaza de La Independencia 6, 28001, Madrid, Spain) without requiring a signature upon delivery as well, and it is

**FURTHER ORDERED** that, the motion is GRANTED, and the Plaintiffs may serve the English and Spanish translation of the Summons and Complaint on Defendant Urincha SL by email (ruriarte@moninvest.es) or by postal channels (Calle Isla de Lanzarote 5, Boadilla Del Monte 28660, Madrid, Spain) without requiring a signature upon delivery.

**SO ORDERED.**

Dated: June 18, 2020

Lewis J. Liman
United States District Judge