

Washington Building
Barnabas Business Center
4650 N. Port Washington Road
Milwaukee, WI 53212-1059
Telephone  (414) 962-5110
Facsimile   (414) 962-8725
Email  kmksc@kmksc.com

www.kmksc.com

June 18, 2020

**<u>By ECF</u>**
Hon. Lewis J. Liman
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:   *Convergen Energy LLC, et al. v. Brooks, et al.*
               Case No. 1:20-CV-03746-LJL

Dear Judge Liman:

The parties in the above-referenced action have continued their good-faith negotiations to address the concerns raised in Plaintiffs' preliminary injunction motion. There have been a few setbacks, but the parties are committed to working hard the rest of this week to resolve as many issues as they can.

So that everyone has time to make those efforts, the parties request that all dates in the schedule set by the Court's May 22 Order be extended by an additional one week, with the preliminary injunction hearing reset (subject to the Court's availability) to some time on or after Tuesday, June 30. This extension will assist the parties in attempting to resolve as much of this dispute as they can.

I am authorized to state that Attorneys Michael Stolper and Benjamin LaFrombois have reviewed and agree with this letter.

Thank you for your time and consideration.

Very truly yours,

KOHNER, MANN & KAILAS, S.C.

*Ryan M. Billings*

Ryan M. Billings/RMB

cc: Counsel of Record via ECF