UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONVERGEN ENERGY LLC, L'ANSE WARDEN ELECTRIC COMPANY, LLC, EUROENERGY BIOGAS LATVIA LIMITED, and LIBRA CAPITAL US, INC.<br><br>        Plaintiffs,<br><br>-against-<br><br>STEVEN J. BROOKS, NIANTICVISTA ENERGY LLC, GREGORY MERLE, RIVERVIEW ENERGY CORPORATION, DANIEL ESCANDON GARCIA, RAMON URIARTE INCHAUSTI, CHIPPER INVESTMENT SCR, SA, URINCHA SL, THEODORE JOHN HANSEN, BRIAN R. MIKKELSON, and CONVERGEN ENERGY WI, LLC,<br><br>        Defendants. | Index No. **1:20-cv-03746** (LJL) |

## NOTICE OF MOTION TO STAY ARBITRATION

**PLEASE TAKE NOTICE**, that upon the memorandum of law in support of the motion to stay arbitration, dated June 23, 2020, the accompanying declaration of Dov B. Gold, plaintiffs Convergen Energy LLC, L'Anse Warden Electric Company, LLC, Euroenergy Biogas Latvia Limited, and Libra Capital US, Inc. (collectively, "Plaintiffs"), by and through their undersigned counsel, move this Court, before Hon. Lewis J. Liman, at the federal courthouse located at 500 Pearl Street, New York, New York, 10007 on a date to be set by the Court for an order staying the arbitration requested by Convergen Energy WI, LLC on June 4, 2020 for the reasons set forth in Plaintiffs' memorandum of law.

1

Dated: June 23, 2020
New York, New York

                    SEIDEN LAW GROUP, LLP

                By:   /s/ Dov B. Gold
                    Michael Stolper
                    Dov B. Gold
                    469 Seventh Avenue, Fifth Fl.
                    New York, NY 10018
                    (646) 766-1703

                    *Counsel for Plaintiffs*