**From:** "Filardo, Vincent (US)" <vincent.filardo@us.kwm.com>
**Date:** May 18, 2020 at 11:18:09 PM EDT
**To:** Michael Stolper <mstolper@seidenlegal.com>
**Cc:** "Zatorre, Evan (US)" <evan.zatorre@us.kwm.com>
**Subject: RE:  Emergency Papers**

Mr. Stolper,

This firm has already advised you that it is not authorized to accept service of any process on behalf of our clients, and will not do so.  Service of process on our clients can only be properly effected through the Hague Service Convention.  We do appreciate, however, your courtesy copy.

Moreover, we have also advised you that our clients would expressly contest personal jurisdiction in this matter which does not exist over our clients in New York.  You should be guided accordingly, and notify the Court of the foregoing.

**Vincent Filardo, Jr.**
**Partner**
**King & Wood Mallesons LLP**
500 Fifth Avenue, 50th Floor
New York, NY 10110, USA
T: +1.212.319.4755 | D: +1.347.926.7570 | M: +1.845.548.9539
vincent.filardo@us.kwm.com | www.kwm.com
This communication and any attachments are confidential and may be privileged.

**From:** Michael Stolper <mstolper@seidenlegal.com>
**Sent:** Monday, May 18, 2020 9:14 PM
**To:** Filardo, Vincent (US) <vincent.filardo@us.kwm.com>
**Subject:** Emergency Papers

**Counsel,**

**Please be advised that we will be filing the attached injunction papers tomorrow morning. Be guided accordingly.**

Michael Stolper, Esq.
**Seiden Law Group, LLP**
469 Seventh Avenue
Suite 502
New York, NY 10018

(212) 337-3502(direct office)
(917) 626-1175 (mobile)
www.seidenlawgroup.com

This e-mail is from King & Wood Mallesons LLP, a New York Limited Liability Partnership. This email and any attachment is intended for the use of the individual or entity who is the intended recipient and may contain information that is privileged or confidential. If you have received this e-mail in error, please notify King & Wood Mallesons LLP immediately by replying to this e-mail and delete all copies of the e-mail and the attachments thereto (if any). Thank you.

Disclaimer: King & Wood Mallesons refers to the network of firms that are members of the King & Wood Mallesons network. See www.kwm.com for more information. Legal services are provided independently by each of the separate member firms. The term "partner" refers to any individual who is a member of any King & Wood Mallesons entity or an employee or consultant with equivalent standing and qualifications. No member firm nor any of its partners, consultants or employees acts as agent for any other member firm or any of its partners, consultants or employees. No individual partner, consultant, or employee in any member firm has authority to bind any other member firm.