## Re: Service

**Dov B. Gold <dgold@seidenlegal.com>**
Mon 7/6/2020 11:08 PM

**To:** FERNANDEZ DOMINGUEZ, LAURA <laura.fernandez@mjusticia.es>
**Cc:** VILLA ALBERTINI, SILVIA <silvia.villa@mjusticia.es>

Estimada Sra. Fernandez,

Que es una urgencia inaplazable debidamente acreditada?

Atentamente,

Dov Gold

**Dov Byron Gold, Esq.**
Seiden Law Group LLP
Attorneys at Law
469 7th Avenue
New York, NY 10018
(Office) 646.766.1703
seidenlawgroup.com

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

保密申明：本电邮(包括任何附件)可能含有机密资料并受法律保护。如您不是正确的收件人，请您立即通知寄信人并删除本邮件。请不要将本电邮进行复制并用作任何其他用途、或透露本邮件之内容。

---

**From:** FERNANDEZ DOMINGUEZ, LAURA <laura.fernandez@mjusticia.es>
**Sent:** Tuesday, May 19, 2020 5:45 AM
**To:** Kayla Conway <kconway@seidenlegal.com>; VILLA ALBERTINI, SILVIA <silvia.villa@mjusticia.es>
**Cc:** Dov B. Gold <dgold@seidenlegal.com>; Claudia Varner <cvarner@seidenlegal.com>
**Subject:** RE: Service

Estimada Sra. Conway
Mientras se mantenga esta situación excepcional Autoridad Central española no podrá garantizar la tramitación de todas las solicitudes que se reciban. La práctica de diligencias judiciales en España se encuentra muy limitada, por lo que únicamente podrá asegurarse la tramitación de solicitudes que tengan una urgencia inaplazable debidamente acreditada y siempre que las mismas se remitan por vía electrónica.
Atentamente,

Laura Fernández Domínguez
Jefe de Servicio de Auxilio Judicial Civil
Subdirección General de Cooperación Jurídica Internacional
Ministerio de Justicia.

---

**De:** Kayla Conway <kconway@seidenlegal.com>
**Enviado el:** lunes, 18 de mayo de 2020 2:34
**Para:** FERNANDEZ DOMINGUEZ, LAURA <laura.fernandez@mjusticia.es>; VILLA ALBERTINI, SILVIA

&lt;silvia.villa@mjusticia.es&gt;
**CC:** Dov B. Gold &lt;dgold@seidenlegal.com&gt;; Claudia Varner &lt;cvarner@seidenlegal.com&gt;
**Asunto:** Re: Service

Señora Fernandez y Señora Villa,

Estoy escribiendo desde un despacho de abogados en la ciudad de Nueva York. Nosotros estamos tratando de notificar una citación a través de la Convenio de La Haya en España.

Dada la actual pandemia mundial debido a COVID-19, mi despacho de abogados quisiera entender cuál es el estado actual en lo que respecta a notificar una citación de la Autoridad Central de España.

Específicamente, ¿la Subdirección General de Cooperación Jurídica Internacional acepta actualmente solicitudes de notificación?

¿Actualmente atiende solicitudes?

¿Anticipa alguna demora?

Si no, ¿cuándo puede esperar reanudar la notificación?

A la espera de saber de ti. Gracias de antemano por su ayuda en este asunto.

Sinceramente,

**Kayla Conway**
Seiden Law Group LLP
Attorneys at Law
469 Seventh Avenue
Suite 502
New York, NY 10018
(Office) 646.766.1740
www.seidenlawgroup.com

All information contained in this email (and any attachments) is confidential and protected by law and is intended for the email recipient designated in the email. If you receive this in error, please let the sender know and then delete the email at once without reading the contents. Please do not copy this email for any other purpose or disclose the contents of this email.

> On May 15, 2020, at 11:58 AM, Kayla Conway &lt;kconway@seidenlegal.com&gt; wrote:
>
> Ms. Fernandez and Ms. Villa,
>
> I am writing from a law firm in New York, New York. We are looking to effect service via the Hague Service Convention in Spain. Provided the current global pandemic due to COVID-19, my law firm would like to understand what the status is currently in regards to

serving through Spain's Central Authority. Specifically, is the Subdirección General de Cooperación Jurídica International currently accepting requests for service? Are you currently serving requests? Do you anticipate any delays? If not, when can you expect to resume service?

Looking forward to hearing from you. Thank you in advance for you assistance in this matter.

Sincerely,

**Kayla Conway**
Seiden Law Group LLP
Attorneys at Law
469 Seventh Avenue
Suite 502
New York, NY 10018
(Office) 646.766.1740
(Mobile) 516.754.4677
www.seidenlawgroup.com

<eSig!.jpg>

All information contained in this email (and any attachments) is confidential and protected by law and is intended for the email recipient designated in the email. If you receive this in error, please let the sender know and then delete the email at once without reading the contents. Please do not copy this email for any other purpose or disclose the contents of this email.

------------------------------------------------

[text in unreadable encoding]

------------------------------------------------