# EXHIBIT A

**Ryan  M. Billings**

| | |
|---|---|
| **From:** | NYSD_ECF_Pool@nysd.uscourts.gov |
| **Sent:** | Friday, June 19, 2020 2:18 PM |
| **To:** | CourtMail@nysd.uscourts.gov |
| **Subject:** | Activity in Case 1:20-cv-03746-LJL Convergen Energy LLC  et al v. Brooks et al Set Motion and R&R Deadlines/Hearings |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### Southern District of New York

### Notice of Electronic Filing

The following transaction was entered on 6/19/2020 at 3:18 PM EDT and filed on 6/19/2020

| | |
|---|---|
| **Case Name:** | Convergen Energy LLC et al v. Brooks et al |
| **Case Number:** | 1:20-cv-03746-LJL |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Set/Reset Deadlines as to [57] MOTION to Serve the summons and complaint on Defendants Daniel Escandon Garcia, Ramon Uriarte Inchausti, Chipper Investment SCR, SA, and Urincha SL by personal service, email, postal channels, or on their counsel by email. Motion Hearing set for 7/17/2020 at 03:30 PM before Judge Lewis J. Liman. (ama)**

**1:20-cv-03746-LJL Notice has been electronically mailed to:**

Ryan Matthew Billings     rbillings@kmksc.com, eleopold@kmksc.com

Dov Byron Gold     dgold@seidenlegal.com

Ben LaFrombois     blafrombois@vonbriesen.com, sflunker@vonbriesen.com

William Fischer     wfischer@vonbriesen.com, ekrings@vonbriesen.com

**1:20-cv-03746-LJL Notice has been delivered by other means to:**