UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

CONVERGEN ENERGY LLC, et al.,

        Plaintiffs,

v.                                        CASE NO.: 1:20-CV-03746 (LJL)

STEVEN J. BROOKS, et al.,

        Defendants.

## NOTICE OF LIMITED APPEARANCE

PLEASE TAKE NOTICE that Ryan M. Billings, of Kohner, Mann & Kailas, S.C., makes a limited appearance on behalf of non-party Elmerina Brooks, solely for purposes of the third-party subpoenas served on Ms. Brooks by Plaintiffs, and requests that all subsequent documents related to those subpoenas be served upon him at the address listed below.

Dated this 13th day of July, 2020

By:    s/ Ryan M. Billings
Ryan M. Billings
S.D.N.Y. Bar No. RB0378
**KOHNER, MANN & KAILAS, S.C.**
4650 N. Port Washington Road
Milwaukee, WI 53212-1059
Telephone:   (414) 962-5110
Facsimile:    (414) 962-8725
Email:       rbillings@kmksc.com

Attorneys for Elmerina Brooks, solely for purposes of the third-party subpoenas served on Ms. Brooks