UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

CONVERGEN ENERGY LLC, et al.,

        Plaintiffs,

v.                                        CASE NO.: 1:20-CV-03746 (LJL)

STEVEN J. BROOKS, et al.,

        Defendants.

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Specially Appearing Defendants NianticVista Energy, LLC ("Niantic") and Riverview Energy Corporation ("Riverview") make the following disclosures:

1. Niantic's parent is 4406 Cypress Lane, L.L.C. ("Cypress"). No publicly held corporation owns 10% or more of the stock or ownership interest of Niantic or Cypress.

2. Riverview's parent is Blackbird Resources Corp. No publicly held corporation owns 10% or more of the stock of Riverview or Blackbird Resources Corp.

Dated this 17th day of July, 2020

                              By:     s/ Ryan M. Billings
                                      Ryan M. Billings
                                      S.D.N.Y. Bar No. RB0378
                                      **KOHNER, MANN & KAILAS, S.C.**
                                      4650 N. Port Washington Road
                                      Milwaukee, WI 53212-1059
                                      Telephone:   (414) 962-5110
                                      Facsimile:   (414) 962-8725
                                      Email:   rbillings@kmksc.com

                                      Attorneys for Specially Appearing Defendants Steven J. Brooks, NianticVista Energy, LLC, Gregory Merle, and Riverview Energy Corporation