UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

CONVERGEN ENERGY LLC, et al.,

            Plaintiffs,

v.                                CASE NO.: 1:20-CV-03746 (LJL)

STEVEN J. BROOKS, et al.,

            Defendants.

## SPECIALLY APPEARING DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS

PLEASE TAKE NOTICE THAT, upon the memorandum of law in support dated July 17, 2020, Specially Appearing Defendants Steven J. Brooks, NianticVista Energy, LLC, Convergen Energy WI, LLC, Gregory Merle, Theodore J. Hansen, Brian R. Mikkelson, and Riverview Energy Corporation ("Defendants") will move this Court, the Honorable Lewis J. Liman, presiding, at the federal courthouse located at 500 Pearl Street, New York, NY 10007, or through a telephonic or Zoom hearing to reflect the current worldwide pandemic and the Court's practices, on a date and in a manner to be set by the Court, for an Order: (1) dismissing this action or compelling arbitration pursuant to 9 U.S.C. §§ 3-4; or alternatively (2) transferring this action under 28 U.S.C. § 1404(a) to the Eastern or Western Districts of Wisconsin; (3) dismissing all claims with prejudice under Federal Rules of Civil Procedure 12(b)(2), (3), and (6); or (4) requiring Plaintiffs to provide a more definite statement under Federal Rule of Civil Procedure 12(e).

This motion is supported by the accompanying memorandum and exhibits, and the accompanying Declaration of Gregory Merle.

Dated this 17th day of July, 2020

                                                By:    s/ Ryan M. Billings

Ryan M. Billings
S.D.N.Y. Bar No. RB0378
**KOHNER, MANN & KAILAS, S.C.**
4650 N. Port Washington Road
Milwaukee, WI 53212-1059
Telephone:   (414) 962-5110
Facsimile:   (414) 962-8725
Email:   rbillings@kmksc.com

*Attorneys for Defendants Steven J. Brooks, NianticVista Energy, LLC, Gregory Merle, and Riverview Energy Corporation*

-AND-

Benjamin LaFrombois, *pro hac vice*
William E. Fischer, *pro hac vice*
**VON BRIESEN & ROPER, S.C.**
2905 Universal Street, Suite 2
Oshkosh, WI 54904
Telephone:   (920) 233-4704
Facsimile:   (920) 233-6055
Email:   blafrombois@vonbriesen.com
         wfischer@vonbriesen.com

*Attorneys for Convergen Energy WI, LLC, Theodore J. Hansen, and Brian R. Mikkelson*