# Parties + Claims

| Count | Brooks | Niantic | CEW | Merle | Span. Invest. | Hansen | Mikkelson | River-view |
|---|---|---|---|---|---|---|---|---|
| I (Fraud) | X | | | | | | | |
| II (Breach of Fiduciary Duty) | X | | | | | X | X | |
| III (Aiding + Abetting Fraud) | | X | X | X | X | X | X | X |
| IV (Aiding and Abetting Breach of Fiduciary Duty) | | X | X | X | X | X | X | X |
| V (Trade Secret Misappropriation-NY) | X | X | X | | | X | X | |
| VI (Rescission of Supply Agreement) | | X | X | | | | | |
| VII (Trade Secret Misappropriation-Federal) | X | | | | | X | X | |
| VIII (Stored Communications Act) | X | X | X | X | | X | X | |

**EXHIBIT 1**