# Arbitration + Venue Agreements

| Document | Date | Mandatory Arbitration | Exclusive Wisconsin Venue |
|---|---|---|---|
| Acquisition Agremeent | 1/31/2020 | √ | |
| Supply Agreement | 1/31/2020 | √ | √ |
| Services Agreement | 1/31/2020 | | √ |
| Amended + Restated Closing Statement (affirms Acquisition Agreement's Terms) | 2/21/2020 | √ | |
| Credit Agreement (Convergen Energy WI, LLC) | 1/31/2020 | | √ |
| Credit Agreement (L'Anse Warden Electric Company, LLC) | 1/31/2020 | | √ |
| Brooks Employment Agreement (Libra Capital) | 1/7/2014 | √ | |
| Hansen Employment Agreement (Convergen Energy WI, LLC) | 1/31/2020 | √ | √ |
| Hansen Employee Proprietary Information and Inventions Agreement (Convergen Energy WI, LLC) | 1/31/2020 | | √ |
| Mikkelson Employment Agreement (Convergen Energy LLC) | 4/25/2017 | √ | |
| Mikkelson Employment Agreement (Convergen Energy WI, LLC) | 1/31/2020 | √ | √ |
| Mikkelson Employee Proprietary Information and Inventions Agreement (Convergen Energy WI, LLC) | 1/31/2020 | | √ |

**EXHIBIT 2**