## CLOSING STATEMENT

| | |
|---|---|
| SELLER: | CONVERGEN ENERGY LLC |
| BUYER: | NIANTICVISTA ENERGY LLC |
| TARGET: | 100% MEMBERSHIP INTEREST OF CONVERGEN ENERGY WI, LLC |
| PROPERTY: | Fuel Pellet Company located at 600 Liberty St, Green Bay, WI 54304 |
| CLOSING DATE: | January 31, 2020 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---:|
| Purchase Price per Acquisition Agreement | $5,500,000.00 |

**Credits to Seller**

| | |
|---|---:|
| BMO Indebtedness - per Section 1.2(b)(ii) | 2,552,555.00 |
| Equipment Financing Indebtedness per Section 1.2(b)(ii) | 206,077.24 |
| Capital expenditures – per Section 1.2(b)(iii) | 377,850.31 |
| Seller's due diligence reimbursement – per Section 1.2(b)(v) | 50,000.00 |
| WC Adjustments - per Section 1.2(b)(vi) | 300,942.39 |
| Plus hard deposit (held by Seller) | 1,000,000.00 |
| *Total Adjustments in Seller's Favor*: | *$4,487,424.94* |

**Balance Due to Seller:**              $1,012,575.06

| **Buyer** | **Seller** |
|---|---|
| **NIANTICVISTA ENERGY LLC** | **CONVERGEN ENERGY, LLC,** |
| a Delaware limited liability company | a Delaware limited liability company |
| By: /s/ | By: /s/ |
| Name: Greg Merle | Name: Fidel Andueza |
| Title: CEO | Title: President |

1

# EXHIBIT 5