On Dec 17, 2019, at 2:31 PM, Brian Mikkelson <brian.mikkelson@convergenenergy.com> wrote:

***MESSAGE SENT FROM EXTERNAL SOURCE***

Hi Steve,

I just met with Aaron and Dave from BMO.  We discussed the renewal and shredder loan, debt transfer and CHP.

They sent loan documents to Bert for the line renewal, shredder financing and waiver of the Q3 covenant violation.  From what we discussed a few weeks ago, it would be best to wait until early 2020 to close on the shredder loan since it would reduce sale proceeds to Libra.  Also, this is how I have been managing cashflow.  If my assumption is incorrect, please let me know.  We should also communicate to Bert about the timing.

They said that they are reviewing the final pieces that you gave them.  Their main credit approver (Grant) is out of the office after today and will not return until 1/6.  They are having a call with Grant and Grant's backup (Scott) to go through the deal.  Tomorrow is Aaron's last day of work until after Christmas.

I asked them how they felt about the proposed deal to transfer the debt to CE WI and they felt good about presenting it to Grant/Scott.

I am working on financial request for CHP and that seems to be in motion.  The CE WI/LWEC deal is their main priority now.

Regards,
Brian


Brian R. Mikkelson, CPA
Controller, Convergen Energy

Convergen Energy
Tel:   + 1 920 455 7940
Mob: + 1 920 360 2604
Fax:  + 1 920 435 1068

www.convergenenergy.com

This email and any attachments to it, contains confidential information intended for the above named addressee(s) only. If you are not the intended addressee you must not disclose, use, copy or distribute the information in any manner and should delete this email from your system. If you have received this email in error, please notify the sender by reply email and/or call us on the number given below.

*Convergen Energy LLC*
600 Liberty Street, Green Bay  WI  54304  Tel: (920) 432-3835

# EXHIBIT 16

Convergen Energy LLC is a Libra Group company.

_____
This email has been scanned by the Symantec Email Security.cloud service.

_____
This email has been scanned by the Symantec Email Security.cloud service.

**EXHIBIT 16**