UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CONVERGEN ENERGY LLC, L'ANSE WARDEN ELECTRIC COMPANY, LLC, EUROENERGY BIOGAS LATVIA LIMITED, and LIBRA CAPITAL US, INC.

                Plaintiffs,

-against-

STEVEN J. BROOKS, NIANTICVISTA ENERGY LLC, GREGORY MERLE, RIVERVIEW ENERGY CORPORATION, DANIEL ESCANDON GARCIA, RAMON URIARTE INCHAUSTI, CHIPPER INVESTMENT SCR, SA, URINCHA SL, THEODORE JOHN HANSEN, BRIAN R. MIKKELSON, and CONVERGEN ENERGY WI, LLC,

                Defendants.

Index No. **1:20-cv-03746** (LJL)

**AFFIDAVIT OF SERVICE**

I, Kayla Conway, being duly sworn, declare as follows under penalty of perjury:

1. On July 18, 2020, I mailed the English and Spanish Translation of the Summons and Complaint addressed to DANIEL ESCANDON GARCIA by sending the documents via UPS with tracking number 1ZV0T4G9DA00014418 to CONDADO DE TREVINO, 33, DEPARTAMENTO 13A, Madrid, 28033.

2. Attached as **Exhibit A** is a copy of the UPS Proof of Delivery showing the shipment was signed by ID DANIEL and accepted at Residence of DANIEL ESCANDON GARCIA at the above address on July 22, 2020.

I declare under penalty of perjury that the foregoing is true and correct.

KAYLA CONWAY

Sworn to before me this 28 day of July, 2020.

Notary Public

MICHAEL T STOLPER
Notary Public, State of New York
No. 02ST6299051
Qualified in Nassau County
Commission Expires March 17, 2022