



July 24, 2020
Shipper: V0T4G9
Page 1 of 1

ATTN : KAYLA CONWAY
PHONE :

# DELIVERY NOTIFICATION

**INQUIRY FROM:** KAYLA CONWAY
KAYLA CONWAY
469 SEVENTH AVE
NEW YORK  NY 10018

**SHIPMENT TO:** DANIEL ESCANDON GARCIA
DANIEL ESCANDON
CONDADO TREVINO CL 33 STE A FL
28033 MADRID

Shipper Number............................**V0T4G9**     Tracking Identification Number...**1ZV0T4G9DA00014418**

According to our records **1** parcel was delivered on **07/22/20** at **5:50 P.M.**, and left at **RESIDENTIAL**. The shipment was received by **ID DANIEL** as follows:

| SHIPPER NUMBER | PKG ID NO. | TRACKING NUMBER | ADDRESS (NO/STREET,CITY) | SIGNATURE |
|---|---|---|---|---|
| V0T4G9 | | 1ZV0T4G9DA00014418 | 33 CONDADO TREVINO CL STE A FL 13 MADRID | *(signature)* |

NPT3DRZ:000A0000