


July 24, 2020
Shipper V0T4G4
Page 1 of 1

ATTN : KAYLA CONWAY
PHONE :

# DELIVERY NOTIFICATION

INQUIRY FROM: KAYLA CONWAY
KAYLA CONWAY
469 SEVENTH AVE
NEW YORK  NY 10018

SHIPMENT TO: CHIPPER INVESTMENT SCR, SA
CHIPPER INVESTIMEN
PLAZA DE LA INDEPENDENCIA CL 6
28001 MADRID

Shipper Number............................**V0T4G4**    Tracking Identification Number...**1ZV0T4G4DA00014418**

According to our records **1** parcel was delivered on **07/22/20** at **4:54 P.M.**, and left at **RECEPTION**.  The shipment was received by **ANDREA** as follows:

| SHIPPER NUMBER | PKG ID NO. | TRACKING NUMBER | ADDRESS (NO/STREET,CITY) | SIGNATURE |
|---|---|---|---|---|
| V0T4G4 | | 1ZV0T4GDA00014418 | 6 PLAZA DE LA INDEPENDENCIA CL MADRID | *(signature)* |

NPT3DRZ:000A0000