UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CONVERGEN ENERGY LLC, L'ANSE WARDEN ELECTRIC COMPANY, LLC, EUROENERGY BIOGAS LATVIA LIMITED, and LIBRA CAPITAL US, INC.

                Plaintiffs,

-against-

STEVEN J. BROOKS, NIANTICVISTA ENERGY LLC, GREGORY MERLE, RIVERVIEW ENERGY CORPORATION, DANIEL ESCANDON GARCIA, RAMON URIARTE INCHAUSTI, CHIPPER INVESTMENT SCR, SA, URINCHA SL, THEODORE JOHN HANSEN, BRIAN R. MIKKELSON, and CONVERGEN ENERGY WI, LLC,

                Defendants.

Index No. **1:20-cv-03746** (LJL)

**AFFIDAVIT OF SERVICE**

I, Kayla Conway, being duly sworn, declare as follows under penalty of perjury:

1. On July 17, 2020, I emailed the English and Spanish Translation of the Summons and Complaint to URINCHA SL by sending the documents to ruriarte@moninvest.es.

2. Attached as **Exhibit A** is a copy of the email to ruriarte@moninvest.es.

I declare under penalty of perjury that the foregoing is true and correct.

KAYLA CONWAY

Sworn to before me this 28 day of July, 2020

Notary Public

MICHAEL T STOLPER
Notary Public, State of New York
No. 02ST6299051
Qualified in Nassau County
Commission Expires March 17, 2021