UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CONVERGEN ENERGY LLC, L'ANSE WARDEN
ELECTRIC COMPANY, LLC, EUROENERGY
BIOGAS LATVIA LIMITED, and LIBRA CAPITAL
US, INC.

      Plaintiffs,

-against-

STEVEN J. BROOKS, NIANTICVISTA ENERGY
LLC, GREGORY MERLE, RIVERVIEW ENERGY
CORPORATION, DANIEL ESCANDON GARCIA,
RAMON URIARTE INCHAUSTI, CHIPPER
INVESTMENT SCR, SA, URINCHA SL, THEODORE
JOHN HANSEN, BRIAN R. MIKKELSON, and
CONVERGEN ENERGY WI, LLC,

      Defendants.

Index No. **1:20-cv-03746** (LJL)

**AFFIDAVIT OF SERVICE**

---

I, Kayla Conway, being duly sworn, declare as follows under penalty of perjury:

1. On July 17, 2020, I emailed the English and Spanish Translation of the Summons and Complaint to RAMON URIARTE INCHAUSTI by sending the documents to ruriarte@moninvest.es.

2. Attached as **Exhibit A** is a copy of the email to ruriarte@moninvest.es.

I declare under penalty of perjury that the foregoing is true and correct.

KAYLA CONWAY

Sworn to before me this 28th day of July, 2020.

Notary Public

MICHAEL T STOLPER
Notary Public, State of New York
No. 02ST6299051
Qualified in Nassau County
Commission Expires March 17, 20__