## Convergen et al. v. Brooks et al. (1:20-cv-03746-LJL)

### Kayla Conway <kconway@seidenlegal.com>
Fri 7/17/2020 2:33 PM

**To:** ruriarte@moninvest.es <ruriarte@moninvest.es>
**Cc:** Dov B. Gold <dgold@seidenlegal.com>; Michael Stolper <mstolper@seidenlegal.com>; vincent.filardo@us.kwm.com <vincent.filardo@us.kwm.com>; evan.zatorre@us.kwm.com <evan.zatorre@us.kwm.com>

📎 6 attachments (1 MB)
Convergen Complaint Dkt 1_Spanish.pdf; Convergen Complaint Dkt 1.pdf; Inchausti Summons in a Civil Action_Spanish[2].pdf; Inchausti Summons Issued.pdf; Urincha Summons in a Civil Action_Spanish[2].pdf; Urincha Summons Issued.pdf;

Dear Mr. Inchausti,

Please find attached the English and Spanish translation of the Summons and Complaint on Ramon Uriarte Inchausti and Urincha SL. Service is hereby effected with this email on Ramon Uriarte Inchausti and Urincha SL pursuant to the Court's July 17 order, in the above captioned matter.

Thank you.

_____

Estimada Sr. Inchausti,

Se adjuntan las traducciones en inglés y español de la Citación y Demanda sobre Ramon Uriarte Inchausti y Urincha SL. La notificación se efectúa con este correo electrónico en Ramon Uriarte Inchausti y Urincha SL de conformidad con la orden de la Corte del 17 de julio, en el asunto subtitulado anteriormente.

Muchísimas gracias.

Kayla Conway

**Kayla Conway**
Seiden Law Group LLP
Attorneys at Law
469 Seventh Avenue
Suite 502
New York, NY 10018
(Office) 646.766.1740
(Mobile) 516.754.4677
www.seidenlawgroup.com



All information contained in this email (and any attachments) is confidential and protected by law and is intended for the email recipient designated in the email. If you receive this in error, please let the sender know and then delete the email at once without reading the contents. Please do not copy this email for any other purpose or disclose the contents of this email.