

469 Seventh Avenue
New York, NY 10018
212.523.0686
www.seidenlegal.com

July 29, 2020

Via ECF

Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 701
New York, NY 10007
(212) 805-0226
LimanNYSDChambers@nysd.uscourts.gov

Re: Convergen Energy LLC et al. v. Brooks et al.

Dear Judge Liman:

On behalf of Plaintiffs in the above-referenced action, we write to notify the Court that, contrary to the Spanish Defendants' July 28, 2020 letter (Dkt. 100), defendant Daniel Garcia Escandon ("Escandon") was in fact served on July 22, 2020 (see Dkt. 101). This undermines the Spanish Defendants' request for an extension to respond to the complaint.

Respectfully,

/s/ Michael Stolper
Michael Stolper, Esq.

cc: Defense counsel via ECF

1