UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――――

CONVERGEN ENERGY LLC, L'ANSE WARDEN ELECTRIC COMPANY, LLC, EUROENERGY BIOGAS LATVIA LIMITED, and LIBRA CAPITAL US, INC.

                              Plaintiffs,

-against-

STEVEN J. BROOKS, NIANTICVISTA ENERGY LLC, GREGORY MERLE, RIVERVIEW ENERGY CORPORATION, DANIEL ESCANDON GARCIA, RAMON URIARTE INCHAUSTI, CHIPPER INVESTMENT SCR, SA, URINCHA SL, THEODORE JOHN HANSEN, BRIAN R. MIKKELSON, and CONVERGEN ENERGY WI, LLC,

                              Defendants.

Index No. **1:20-cv-03746** (LJL)

### DECLARATION OF BERT DIAZ IN OPPOSITION
### TO SPECIALLY APPEARING DEFENDANTS' MOTION TO DISMISS

I, Bert Diaz, declare as follows:

    1.    I am General Counsel at Libra. I make this declaration based on my own personal knowledge, and, if called upon to do so, could and would testify competently thereto. I make this declaration in opposition to Specially Appearing Defendants' Motion to Dismiss.

    2.    I make this declaration based on my own personal knowledge, and, if called upon to do so, could and would testify competently thereto.

    3.    I had no intention of relinquishing the fraud claims with the amended closing statement. The amended closing statement reflects post-closing adjustments; it is not a "second closing," as Defendants contend, nor is it ratification of the fraudulently obtained sale price.

4.      At the time, Libra was seeking to require Steven Brooks ("Brooks") to repay the shortfall between the fraudulent purchase price and the fair market price as determined by an independent valuation of the pellet plant. Libra expressly required the independent valuation to be completed before determining the amount of Brooks' liability to Libra.

5.      Attached as Exhibits A and B are true and correct of the following documents:

Exhibit A:   Convergen Energy LLC's Employee Handbook.

Exhibit B:   Nianticvista Energy LLC letter of intent to acquire Convergen Energy WI, LLC.

I declare under the penalty of perjury that the foregoing is, to the best of my knowledge and belief, true and correct.

Dated: New York, New York
       July 31, 2020

                                                    */s/ Bert Diaz*
                                                    Bert Diaz