```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
CONVERGEN ENERGY LLC, et al.,                                    :
                                                                 :
                        Plaintiffs,                              :
                                                                 :       20-cv-3746 (LJL)
        -v-                                                      :
                                                                 :            ORDER
STEVEN J. BROOKS, et al.,                                        :
                                                                 :
                        Defendants.                              :
                                                                 :
-----------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

The Court is in receipt of the letters from the parties concerning the preliminary injunction. *See* Dkt. Nos. 113, 114. It is hereby ORDERED that Plaintiffs shall submit their brief in support of the preliminary injunction and supporting applications by August 25, 2020, and Defendants shall submit their opposition and supporting applications by September 4, 2020.

A hearing on the motion for a preliminary injunction will be scheduled for September 10, 2020 at 4:00 p.m. Parties are directed to dial into the Court's teleconference line at 888-251-2909, Access Code 2123101, and to follow the necessary prompts. The Court will hear argument on the motion to dismiss at the same time.

SO ORDERED.

Dated: August 14, 2020
       New York, New York                           _____
                                                          LEWIS J. LIMAN
                                                     United States District Judge