UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CONVERGEN ENERGY LLC, L'ANSE WARDEN ELECTRIC COMPANY, LLC, EUROENERGY BIOGAS LATVIA LIMITED, and LIBRA CAPITAL US, INC.

                Plaintiffs,

-against-

STEVEN J. BROOKS, NIANTICVISTA ENERGY LLC, GREGORY MERLE, RIVERVIEW ENERGY CORPORATION, DANIEL ESCANDON GARCIA, RAMON URIARTE INCHAUSTI, CHIPPER INVESTMENT SCR, SA, URINCHA SL, THEODORE JOHN HANSEN, BRIAN R. MIKKELSON, and CONVERGEN ENERGY WI, LLC,

                Defendants.

Index No. 1:20-cv-03746 (LJL)

---

## NOTICE OF MOTION FOR LEAVE TO AMEND THE COMPLAINT

PLEASE TAKE NOTICE, that upon the memorandum of law in support of its motion for leave to amend the complaint, dated August 19, 2019, Plaintiffs Convergen Energy LLC, L'Anse Warden Electric Company, LLC, Euroenergy Biogas Latvia Limited, and Libra Capital US, Inc. ("Plaintiffs") will move this court, before the honorable Judge Lewis J. Liman, at the federal courthouse located at 500 Pearl Street, New York, New York, 10007 on a date and at a time to be set by the Court, for an order pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, granting leave to amend Plaintiffs complaint.

Dated: August 19, 2020
New York, New York

                                            SEIDEN LAW GROUP, LLP

                                            By: */s/ Michael Stolper*
                                            Michael Stolper
                                            Dov B. Gold
                                            Jake Nachmani
                                            469 Seventh Avenue, Fifth Fl.
                                            New York, NY 10018
                                            (646) 766-1703
                                            *Counsel for Plaintiffs*