IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONVERGEN ENERGY LLC, L'ANSE WARDEN ELECTRIC COMPANY, LLC, EUROENERGY BIOGAS LATVIA LIMITED, and LIBRA CAPITAL US, INC.<br><br>Plaintiffs,<br><br>v.<br><br>STEVEN J. BROOKS, NIANTICVISTA ENERGY LLC, GREGORY MERLE, RIVERVIEW ENERGY CORPORATION, DANIEL ESCANDON GARCIA, RAMON URIARTE INCHAUSTI, CHIPPER INVESTMENT SCR, SA, URINCHA SL, THEODORE JOHN HANSEN, BRIAN R. MIKKELSON, and CONVERGEN ENERGY WI, LLC.,<br><br>Defendants. | Case No. 1:20-cv-03746(LJL) |

**NOTICE OF MOTION TO DISMISS
THE COMPLAINT AGAINST THE SPANISH DEFENDANTS**

    **PLEASE TAKE NOTICE THAT**, upon the supporting Memorandum of Law dated August 21, 2020, and the accompanying declarations of Daniel Escandón Garcia and Ramón Uriarte Inchausti dated August 21, 2020, and the exhibits attached thereto, defendants Daniel Escandón Garcia, Ramón Uriarte Inchausti, Chipper Investment SCR, S.A., and Urincha SL (collectively, the "Spanish Defendants") will move this Court, the Honorable Lewis J. Liman, presiding, at the federal courthouse located at 500 Pearl Street, New York, NY 10007, or through a telephonic or Zoom hearing to reflect the current worldwide pandemic and the Court's practices,

on a date and in a manner to be set by the Court, for an Order dismissing all claims against them with prejudice pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(2) and (6).

Dated: August 21, 2020
New York, NY

                                              Respectfully submitted,

                                        By: /s/ Vincent Filardo Jr.

                                                Vincent Filardo, Jr.
                                                Evan Zatorre

                                                KING AND WOOD MALLESONS LLP
                                                500 Fifth Avenue, 50th Floor
                                                New York, NY 10110
                                                Tel.: (347) 926-7570
                                                vincent.filardo@us.kwm.com
                                                evan.zatorre@us.kwm.com

                                                *Attorneys for Defendants Daniel Escandon Garcia, Ramon Uriarte Inchausti, Chipper Investment SCR, S.A., and Urincha, SL*