# EXHIBIT A

# Bank of America

Bank of America, N.A.
Wire Transfer Services

Date: 29-JAN-2020
Time Wire Completed: 07:01 ET
Account: [REDACTED]

  CLEMENTE MUELLER P. A.
  ATTORNEY TRUST ACCOUNT IOLTA
  PO BOX 1296
  MORRISTOWN, NJ  [REDACTED]
  Attn: ALICIA SETTE

Please contact us at 800.729.9473 Option 2 if you have any questions about this wire transfer. Thank you for using Bank of America Wire Transfer Services.

The following wire was credited today in the amount of USD: 549,945.00
--------------------------------------------------------------------

| | |
|---|---|
| Transaction Ref: | [REDACTED] |
| Sender's Ref: | [REDACTED] |
| Service Ref: | [REDACTED] |
| Originator: | CHIPPER INVEST SCR S A    ID: [REDACTED] |
|  | PADILLA 32 |
|  | MADRID |
|  | BBVAID: [REDACTED] |
| Originator's Bank: | BANCO BILBAO VIZCAYA ARGENTARIA SA  ID: [REDACTED] |
|  | PASEO DE LA CASTELLANA 81 19TH FLR |
|  | MADIRID, 28046 SPAIN |
| Sending Bank: | CITIBANK, N. A.    ID: [REDACTED] |
|  | NEW YORK NEW YORK |
| Beneficiary: | 1/CLEMENTE MUELLER P A ATTORNEY TRU  ID: [REDACTED] |
|  | 1/ST ACCOUNT |
|  | 3/US |
| Payment Details: | SUB ACCOUNT [REDACTED] ON BEHALF OF CHIP |
|  | PER ENERGY PARTNERS, LLC |

CONFIDENTIALITY NOTICE: This fax transmittal is a confidential communication. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution or copying of this transmittal is strictly prohibited. If you have received this communication in error, please notify this office and immediately delete this message and all of its attachments, if any.