# EXHIBIT A

$1.8   5 years   LIBOR + 250 = 4.5%
                      2%

$81  Int
360  Pr
─────
$441

         1.117
$ WEDC   $12 WEDC        = $218  Pr
                           30    Int
                         ─────
                         $ 248

$174 + 63 = 237          = $ 64  Pr
                             5   Int
                         ─────
                         $ 70

                         ┌─────────┐
                         │ $ 760   │
                         └─────────┘



EBITDA        1,359
DS             (760)
               ———
                600

CapEx          (200)
WC             (200)

Dividend       | 200 |   / 2.4  =   8.3%

                                 1.0M
               → 6.0          | 5.0 |
                 886.         | 886 |
               →(760)          (540)
                              ———
               | 126 |         (340)

CapEx          ( — )           (140)
WC             (200)           (~~200~~)
               ———            ———
                 —              206