UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CONVERGEN ENERGY LLC, L'ANSE WARDEN ELECTRIC COMPANY, LLC, EUROENERGY BIOGAS LATVIA LIMITED, and LIBRA CAPITAL US, INC.

      Plaintiffs,

-against-

STEVEN J. BROOKS, NIANTICVISTA ENERGY LLC, GREGORY MERLE, RIVERVIEW ENERGY CORPORATION, DANIEL ESCANDON GARCIA, RAMON URIARTE INCHAUSTI, CHIPPER INVESTMENT SCR, SA, URINCHA SL, THEODORE JOHN HANSEN, BRIAN R. MIKKELSON, and CONVERGEN ENERGY WI, LLC,

      Defendants.

Index No. 1:20-cv-03746 (LJL)

## NOTICE OF MOTION FOR INJUNCTIVE AND OTHER INTERIM RELIEF

PLEASE TAKE NOTICE, that upon the memorandum of law in support of its motion for injunctive and other interim relief, dated August 25, 2020, and the accompanying Declarations of Dov Gold, Camilo Patrignani, Phaedra Chrousos, and Aaron S. Weiss, Plaintiffs Convergen Energy LLC, L'Anse Warden Electric Company, LLC, Euroenergy Biogas Latvia Limited, and Libra Capital US, Inc. will move this court, before the honorable Judge Lewis J. Liman, at the federal courthouse located at 500 Pearl Street, New York, New York, 10007 on a date and at a time set by the Court, for an order pursuant to Rule 65 and Rule 37 of the Federal Rules of Civil Procedure or in the alternative 18 U.S. C § 1836(b)(3)(A).

Dated: August 25, 2020
New York, New York

                     SEIDEN LAW GROUP, LLP

By: /s/ *Michael Stolper*
Michael Stolper
Dov Byron Gold
469 Seventh Avenue, Fifth Fl.
New York, NY 10018
(646) 766-1703
*Counsel for Plaintiffs*