Case 1:20-cv-03746-AS   Document 129-3   Filed 08/26/20   Page 1 of 1

#13103
From **Steven Brooks**
Date 02/12/2019 09:21:07

## New Phone

I got a new phone over the weekend and my Libra email and many of my contacts have not carried over. Can we set a time to fix this today?

Best Regards,

Steve

| | | |
|---|---|---|
| 02/12/2019 17:21<br>Nourhan.ElShenawi@libra.com | The ticket has been closed | |
| 02/12/2019 17:21<br>Nourhan.ElShenawi@libra.com | Hi Steven,<br><br>All done.<br><br>Regards,<br><br>Nourhan Elshenawi<br>IT Technician, Libra Group | |
| 02/12/2019 14:19<br>Steven.Brooks@libra.com | Ok sounds good. Thank you. Also, I see my contacts have come through. Is there a way to migrate them to my iCloud?<br><br>Sent from my iPhone<br><br>On Dec 2, 2019, at 7:23 AM, Helpdesk Libra Group <Helpdesk@libra.com> wrote: | |
| 02/12/2019 12:23<br>Nourhan.ElShenawi@libra.com | Hi Steven,<br><br>The email has been authorised to sync on the phone. However, please do keep in mind that Libra has access to wipe the data in case the phone is lost or compromised.<br><br>Regards,<br><br>Nourhan Elshenawi<br>IT Technician, Libra Group | |
| 02/12/2019 10:26<br>Nourhan.ElShenawi@libra.com | Alright, we can arrange it today. Please make sure to have your old phone with you and let me know when would be a good time to guide you through the process.<br><br>Regards,<br><br>Nourhan Elshenawi<br>IT Technician, Libra Group | |
| 02/12/2019 09:28<br>Steven.Brooks@libra.com | This is a personal phone, which I use as my primary phone when I am not traveling.<br><br>Best Regards,<br><br>Steve | |
| 02/12/2019 09:22<br>Nourhan.ElShenawi@libra.com | The ticket has been taken | |
| 02/12/2019 09:22<br>Nourhan.ElShenawi@libra.com | Hi Steven,<br><br>Is this a personal or Work phone? did something happen to your work phone?<br><br>Regards,<br><br>Nourhan Elshenawi<br>IT Technician, Libra Group | |
| 02/12/2019 09:21<br>Steven.Brooks@libra.com | New ticket submitted **(email)** | |