RE: Convergen: Cease and Desist

Ryan M. Billings <RBillings@kmksc.com>
Tue 8/4/2020 11:58 AM

**To:** Dov B. Gold <dgold@seidenlegal.com>
**Cc:** Robert Seiden <rseiden@seidenlegal.com>; Michael Stolper <mstolper@seidenlegal.com>; Amiad Kushner <akushner@seidenlegal.com>; Benjamin D. LaFrombois <blafrombois@vonbriesen.com>; William E. Fischer <wfischer@vonbriesen.com>

Dear Mr. Gold,

If you believe Plaintiffs have evidence to support your accusations, please provide it for our consideration. Otherwise, it is extraordinarily difficult to respond to vague claims, such as that Mr. Brooks engaged in "defaming" Libra to an unspecified third party, or made "defamatory statements" or "improperly communicated" with other third parties. It also seems that Plaintiffs assume (without evidence), whenever something happens that they don't like, that Mr. Brooks was responsible. At best, that is unproductive.

Mr. Brooks has been advised as to his legal obligations and has every intention of complying with them. If you can provide more specifics, Mr. Brooks will respond to them in good faith. But if your midnight message was merely preparatory grandstanding before Plaintiffs make a preplanned filing with the Court, I guess we'll resolve it through the Honorable Lewis J. Liman.

Ryan

**Ryan M. Billings, Esq.**
Kohner, Mann & Kailas, S.C.
4650 N. Port Washington Rd.
Washington Bldg., 2nd Floor
Milwaukee, WI   53212-1059
Phone:  414.962.5110
Fax:  414.962.8725
**Email:  rbillings@kmksc.com**
**Web** / **Bio**

---

**From:** Dov B. Gold <dgold@seidenlegal.com>
**Sent:** Monday, August 3, 2020 10:24 PM
**To:** Ryan M. Billings <RBillings@kmksc.com>
**Cc:** Robert Seiden <rseiden@seidenlegal.com>; Michael Stolper <mstolper@seidenlegal.com>; Amiad Kushner <akushner@seidenlegal.com>
**Subject:** Convergen: Cease and Desist
**Importance:** High

Mr. Billings,

We have seen evidence that your client, Steven Brooks, has been engaged in repeated unlawful acts against Libra Group ("Libra") during the pendency of the litigation filed in New York before the Honorable Judge Liman.

Most recently, Libra discovered that Mr. Brooks caused his mother, Ms. Elmerina Brooks, to sign and deliver a letter to Calma Spain Opportunistic Management SL (a Libra partner that has no privity with or obligation to Ms. Brooks) baselessly interfering with an important business relationship.  Mr. Brooks' other unlawful acts include:

- Defaming Libra to one of its lenders, which led to the lender's decision not to renew a loan to Libra.
- Making defamatory statements about Libra to Powergen, a Libra vendor.
- Alleging to Luminor, a lender to Libra, that Libra purportedly "breached" a loan agreement.
- Improperly communicating with the US auditors for Convergen.

Please confirm by 12 pm EST tomorrow in writing that Mr. Brooks will cease and desist from this egregious pattern of misconduct. We reserve the right to seek immediate judicial intervention to prevent further harm by your client.

**Dov Byron Gold, Esq.**
Seiden Law Group LLP
Attorneys at Law
469 7th Avenue
New York, NY 10018
(Office) +1.646.766.1703
seidenlawgroup.com

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

保密申明：本电邮(包括任何附件)可能含有机密资料并受法律保护。如您不是正确的收件人，请您立即通知寄信人并删除本邮件。请不要将本电邮进行复制并用作任何其他用途、或透露本邮件之内容。