From: Branam, Andrew <Andrew.Branam@claconnect.com>
Sent: Thursday, June 11, 2020 11:53 AM
To: Emma Belchier <Emma.Belchier@libra.com>; Camilo Patrignani <Camilo.Patrignani@libra.com>
Cc: Michels, Jim <Jim.Michels@claconnect.com>
Subject: FW: [External] FW: Greenwood Millennium Broadway--NYCEEC Reservation of Rights Letter

MESSAGE SENT FROM EXTERNAL SOURCE
Emma and Camilo,

Please see the attached notice forwarded on by Brian. If you could please follow-up on and advise when this has been brought back into compliance and that there will not be any actions on the part of the lender due to this default that we would need to note as a subsequent event (preferably in writing directly or forwarded on from NYCEEC.

Thank you,
CliftonLarsonAllen
Andrew Branam, CPA
Manager, Manufacturing and Distribution
CLA (CliftonLarsonAllen LLP)

Direct 920-455-4171
andrew.branam@CLAconnect.com
From: Brian Mikkelson <brian.mikkelson@convergenenergy.com>
Sent: Thursday, June 11, 2020 10:36 AM
To: Branam, Andrew <Andrew.Branam@claconnect.com>
Subject: [External] FW: Greenwood Millennium Broadway--NYCEEC Reservation of Rights Letter

Think Security! This email originated from an external source.
Andrew,

This is a notice that I received from NYCEEC.


Regards,
Brian



Brian R. Mikkelson, CPA
Controller, Convergen Energy WI

Tel:   + 1 920 455 7940
Mob: + 1 920 360 2604

Fax:  +1 920 435 1068
From: Michael Kerstetter | NYCEEC <mkerstetter@nyceec.com>
Sent: Tuesday, May 12, 2020 2:45 PM
To: Brian Mikkelson <brian.mikkelson@convergenenergy.com>
Cc: Reporting | NYCEEC <reporting@nyceec.com>; Camilo Patrignani <Camilo.Patrignani@libra.com>; Schouten, Anthony <ASchouten@PRYORCASHMAN.com>
Subject: Greenwood Millennium Broadway--NYCEEC Reservation of Rights Letter

Dear Mr. Mikkelson;

Please see the attached letter.

Best regards,
Mike