From: "Gaibiselis, Janis" <Janis.Gaibiselis@luminorgroup.com>
Date: 8 July 2020 at 13:48:16 BST
To: Convergen <convergen@convergenenergy.com>
Cc: "Pockajs, Roberts" <Roberts.Pockajs@luminorgroup.com>, "Kvašis, Martynas" <Martynas.Kvasis@luminorgroup.com>, Alexander Strelkov <Alexander.Strelkov@convergen.energy>
Subject: RE:  Convergen Energy Update

Dear Convergen Energy,

Thank you for informing us. However, according to clause 2.11 of Suretyship agreement made between Luminor and Convergen Energy LLC on December 20th 2017 Convergen Energy LLC undertook not to sell shares of subsidiaries, including Convergen Energy WI, without prior written consent of Luminor. Would highly appreciate comments on that.

Kind regards,

Janis Gaibiselis
Senior Relationship Manager

Phone: +371 29422605
Address: Skanstes 12, Riga, LV-1013, Latvia
email: janis.gaibiselis@luminorgroup.com
 --
From: Convergen <convergen@convergenenergy.com>
Sent: Tuesday, July 7, 2020 11:10 PM
To: Gaibiselis, Janis <Janis.Gaibiselis@luminorgroup.com>
Subject: Convergen Energy Update

Dear Janis,

We would like to inform you that NianticVista Energy, a privately-owned company focused on energy sector investments, acquired 100% of the membership interest in Convergen Energy WI, LLC, formerly a wholly-owned subsidiary of Convergen Energy, LLC, a member of the Libra Group.

To avoid any confusion, Convergen Energy WI continues its mission to produce alternative fuels, and is no longer affiliated with the Libra Group. If you need assistance with respect to other Libra Group companies, we suggest you contact Emma Belchier at emma.belchier@libra.com.

For further information please see https://www.convergenenergy.com/insight/nianticvista-energy-purchases-convergen-energy-wi/


Convergen Energy
www.convergenenergy.com