

Central Case Management Center
Rod Toben
Vice President
13727 Noel Road, Suite 700
Dallas, TX 75240
Telephone: (972)702-8222
Fax: (855)267-4082

August 31, 2020

Benjamin LaFrombois, Esq.
Von Briesen & Roper, S.C.
2905 Universal Street, Suite 2
Oshkosh, WI 54904
Via Email to: blafrombois@vonbriesen.com

Michael Stolper, Esq.
Seiden Law Group LLP
469 Seventh Avenue, 5th Floor
New York, NY 10018
Via Email to: mstolper@seidenlegal.com

Case Number: 01-20-0005-5043

Convergen Energy WI, LLC
-vs-
L'Anse Warden Electric Company, LLC

Dear Parties:

Per the enclosed Notice of Appointment and Notice of Compensation Arrangements, the American Arbitration Association (the AAA) has appointed Ms. Paula Litt as Arbitrator.

The Arbitrator's disclosures are enclosed for your review.

Please notify the AAA of any objections to the appointment of Ms. Litt by **September 22, 2020** copying the other party. The Arbitrator shall not be copied on any comments related to the disclosure. If any objections to the Arbitrator's appointment are raised, the other party may respond **within five (5) business days**. In accordance with the Rules, the AAA will make a determination regarding the Arbitrator's continued service.

Once the Arbitrator's appointment is confirmed, a preliminary hearing conference call will be scheduled.

Sincerely,

/s/ Shereen Gomez

Shereen Gomez, Esq.
Manager of ADR Services
Direct Dial: (888)774-6955
Email: ShereenGomez@adr.org
Fax: (855)267-4082

SG/ra
Enclosure
cc:  Joseph M. Russell, Esq., Via Email
     Dov B. Gold, Esq., Via Email
     Shelly A. Flunker, Via Email
     Paula E. Litt, Esq., Via Email



**EXHIBIT A**