IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONVERGEN ENERGY LLC, L'ANSE WARDEN ELECTRIC COMPANY, LLC, EUROENERGY BIOGAS LATVIA LIMITED, and LIBRA CAPITAL US, INC.<br><br>Plaintiffs,<br><br>v.<br><br>STEVEN J. BROOKS, NIANTICVISTA ENERGY LLC, GREGORY MERLE, RIVERVIEW ENERGY CORPORATION, DANIEL ESCANDON GARCIA, RAMON URIARTE INCHAUSTI, CHIPPER INVESTMENT SCR, SA, URINCHA SL, THEODORE JOHN HANSEN, BRIAN R. MIKKELSON, and CONVERGEN ENERGY WI, LLC.,<br><br>Defendants. | Case No. 1:20-cv-03746(LJL)<br><br>**Rule 7.1 Corporate Disclosure Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Urincha SL hereby makes the following disclosure:

1. Urincha SL does not have a parent corporation and no publicly held corporation owns 10% or more of the stock or ownership interest of Urincha SL.

Dated: September 3, 2020
New York, New York

                                    Respectfully submitted,

                                    By: <u>/s/ Vincent Filardo Jr.</u>

                                        Vincent Filardo, Jr.

                                        KING AND WOOD MALLESONS LLP
                                        500 Fifth Avenue, 50th Floor
                                        New York, NY 10110
                                        Tel.: (347) 926-7570
                                        vincent.filardo@us.kwm.com
                                        evan.zatorre@us.kwm.com

                                        *Attorney for Defendants Daniel Escandon Garcia, Ramon Uriarte Inchausti, Chipper Investment SCR, S.A., and Urincha, SL*