**From:** Filardo, Vincent (US) <vincent.filardo@us.kwm.com>
**Sent:** Tuesday, September 1, 2020 1:33 PM
**To:** Michael Stolper <mstolper@seidenlegal.com>; Dov B. Gold <dgold@seidenlegal.com>
**Cc:** Zatorre, Evan (US) <evan.zatorre@us.kwm.com>
**Subject:** RE: Convergen Energy LLC et al v. Brooks et al - Rule 7.1 Disclosure [KWM-LIVE.FID322412]

In any event, we cited to, and are aware of, no documents or agreements in which my clients accepted the jurisdiction of this court. I remind you that you have the same obligation not to mislead this court.

**Vincent Filardo, Jr.**
**Partner**
**King & Wood Mallesons LLP**
500 Fifth Avenue, 50th Floor
New York, NY 10110, USA
T: +1.212.319.4755 | D: +1.347.926.7570 | M: +1.845.548.9539
vincent.filardo@us.kwm.com | www.kwm.com
This communication and any attachments are confidential and may be privileged.


**From:** Filardo, Vincent (US)
**Sent:** Tuesday, September 1, 2020 1:29 PM
**To:** Michael Stolper <mstolper@seidenlegal.com>; Dov B. Gold <dgold@seidenlegal.com>
**Cc:** Zatorre, Evan (US) <evan.zatorre@us.kwm.com>
**Subject:** RE: Convergen Energy LLC et al v. Brooks et al - Rule 7.1 Disclosure [KWM-LIVE.FID322412]

Counsel,
You ignore the fact that this is a motion to dismiss, nor for summary judgment. It based on the allegations in your complaint, not on documentary evidence.

You have my response.

Sincerely,

**Vincent Filardo, Jr.**
**Partner**
**King & Wood Mallesons LLP**
500 Fifth Avenue, 50th Floor
New York, NY 10110, USA
T: +1.212.319.4755 | D: +1.347.926.7570 | M: +1.845.548.9539
vincent.filardo@us.kwm.com | www.kwm.com
This communication and any attachments are confidential and may be privileged.


**From:** Michael Stolper <mstolper@seidenlegal.com>
**Sent:** Tuesday, September 1, 2020 1:26 PM
**To:** Filardo, Vincent (US) <vincent.filardo@us.kwm.com>; Dov B. Gold <dgold@seidenlegal.com>

**Cc:** Zatorre, Evan (US) <evan.zatorre@us.kwm.com>
**Subject:** RE: Convergen Energy LLC et al v. Brooks et al - Rule 7.1 Disclosure [KWM-LIVE.FID322412]

**Counsel,**

**Your email below ignores the fact that you have placed in issue the contracts your clients signed as part of your motion to dismiss. You cannot selectively present facts while deliberately concealing from the Court facts and documents that would establish jurisdiction, including agreements in which your clients accepted New York jurisdiction.**

**We reiterate the immediate production of these agreements so that we can address them in our opposition to your motion to dismiss. We also remind you of your ethical obligations not to mislead the Court.**

**Michael**

**From:** Filardo, Vincent (US) <vincent.filardo@us.kwm.com>
**Sent:** Tuesday, September 1, 2020 12:38 PM
**To:** Dov B. Gold <dgold@seidenlegal.com>
**Cc:** Michael Stolper <mstolper@seidenlegal.com>; Zatorre, Evan (US) <evan.zatorre@us.kwm.com>
**Subject:** RE: Convergen Energy LLC et al v. Brooks et al - Rule 7.1 Disclosure [KWM-LIVE.FID322412]

Dov,

If the intention of your below email is to propound a document request to my clients, it is improper, the timing is unreasonable, and my clients object for a host of reasons.  Among them, a motion for lack of personal jurisdiction over my clients remains pending in this action. Until that issue is resolved, Plaintiffs are not entitled to any discovery from my clients outside of the formalities provided under the Hague Convention on the Taking of Discovery Abroad.  We would be happy to review such an application upon its approval by the Court, and provide written objections and responses thereto.

Sincerely,

**Vincent Filardo, Jr.**
**Partner**
**King & Wood Mallesons LLP**
500 Fifth Avenue, 50th Floor
New York, NY 10110, USA
T: +1.212.319.4755 | D: +1.347.926.7570 | M: +1.845.548.9539
vincent.filardo@us.kwm.com | www.kwm.com
This communication and any attachments are confidential and may be privileged.

**From:** Dov B. Gold <dgold@seidenlegal.com>
**Sent:** Tuesday, September 1, 2020 12:17 PM
**To:** Filardo, Vincent (US) <vincent.filardo@us.kwm.com>
**Cc:** Michael Stolper <mstolper@seidenlegal.com>; Zatorre, Evan (US) <evan.zatorre@us.kwm.com>
**Subject:** RE: Convergen Energy LLC et al v. Brooks et al - Rule 7.1 Disclosure

Vincent,

Please produce today all agreements entered into by your clients to make their investment in the pellet plant acquisition.

Thank you,

Dov

**From:** Dov B. Gold <dgold@seidenlegal.com>
**Sent:** Monday, August 31, 2020 5:24 PM
**To:** Zatorre, Evan (US) <evan.zatorre@us.kwm.com>
**Cc:** Filardo, Vincent (US) <vincent.filardo@us.kwm.com>; Michael Stolper <mstolper@seidenlegal.com>
**Subject:** Convergen Energy LLC et al v. Brooks et al - Rule 7.1 Disclosure

Evan,

It appears that the mandatory Rule 7.1 disclosure has not been filed by your clients in this matter and is late. Please file it as soon as possible.

Thanks,

Dov

Dov Byron Gold, Esq.
The Seiden Group
Attorneys at Law
469 Seventh Avenue, 5th Floor
New York, NY 10025
New York, NY 10036
(Office) 646.766.1703
www.seidenlegal.com

This e-mail is from King & Wood Mallesons LLP, a New York Limited Liability Partnership. This email and any attachment is intended for the use of the individual or entity who is the intended recipient and may contain information that is privileged or confidential. If you have received this e-mail in error, please notify King & Wood Mallesons LLP immediately by replying to this e-mail and delete all copies of the e-mail and the attachments thereto (if any). Thank you.

Disclaimer: King & Wood Mallesons refers to the network of firms that are members of the King & Wood Mallesons network. See www.kwm.com for more information. Legal services are provided independently by each of the separate member firms. The term "partner" refers to any individual who is a member of any

King & Wood Mallesons entity or an employee or consultant with equivalent standing and qualifications. No member firm nor any of its partners, consultants or employees acts as agent for any other member firm or any of its partners, consultants or employees. No individual partner, consultant, or employee in any member firm has authority to bind any other member firm.