**To:** Vlies, Nicholas[NVlies@gklaw.com]
**Cc:** Steve Brooks[stevebrooks17@gmail.com]; Mason, David[David.Mason@bmo.com]; Piette, Tricia (tricia.piette@bmo.com)[tricia.piette@bmo.com]; McCoy, Timothy[Tmccoy@gklaw.com]; Abbey, Crystal[CAbbey@gklaw.com]; jclemente@cm-legal.com[jclemente@cm-legal.com]
**From:** Bert Diaz[Bert.Diaz@libra.com]
**Sent:** Mon 2/3/2020 6:45:58 PM (UTC)
**Subject:** RE: BMO Closing Call [GK-Active.FID2938079]

**External Email:** Use caution with links and attachments. | **Courriel externe** : Faites preuve de prudence en ce qui a trait aux liens et aux pièces jointes.

Hi Nicholas,

I hereby release our signatures, and confirm that we are closed. Many thanks for all of your hard work on this transaction!

Regards,

Bert Diaz
General Counsel

**Libra Capital US, Inc.**
Tel: +1 212 401 9333
www.libra.com

---

**From:** Vlies, Nicholas <NVlies@gklaw.com>
**Sent:** Monday, February 03, 2020 1:44 PM
**To:** Bert Diaz <Bert.Diaz@libra.com>
**Cc:** Steve Brooks <stevebrooks17@gmail.com>; Mason, David <David.Mason@bmo.com>; Piette, Tricia (tricia.piette@bmo.com) <tricia.piette@bmo.com>; McCoy, Timothy <Tmccoy@gklaw.com>; Abbey, Crystal <CAbbey@gklaw.com>; jclemente@cm-legal.com
**Subject:** Re: BMO Closing Call [GK-Active.FID2938079]

**MESSAGE SENT FROM EXTERNAL SOURCE**

Hi Bert,

We have an executed Flow of Funds from both sides. I also have authorization to release the Convergen/Niantic signatures. We are prepared to close upon your release of the signature pages.

Thanks,

Nicholas J. Vlies
Attorney

200 South Washington Street, Suite 100
Green Bay, Wisconsin 54301
TEL • 920.432.9300
DIR • 920.436.7683
FAX • 920.436.7988
EMAIL • NVlies@gklaw.com
WWW • GKLAW.COM

**This is a transmission from the law firm of Godfrey & Kahn, S.C. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at our telephone number (920) 432-9300.**
P Please consider the environment before printing this e-mail

# EXHIBIT A

HIGHLY CONFIDENTIAL                                                                                                         BMO_01224_0001

On Feb 3, 2020, at 12:34 PM, Bert Diaz <Bert.Diaz@libra.com> wrote:

Hi Nicholas,

I just sent the Flow of Funds memo to Dave. I am ok to close without a closing conference call. If everyone else is ready to close, we can definitely close by e-mail.

Please advise, and I'll reply by releasing our signatures to the loan modification documents.

Regards,

Bert Diaz
General Counsel

**Libra Capital US, Inc.**
Tel: +1 212 401 9333
www.libra.com

**From:** Vlies, Nicholas <NVlies@gklaw.com>
**Sent:** Monday, February 03, 2020 1:20 PM
**To:** Steve Brooks <stevebrooks17@gmail.com>; Bert Diaz <Bert.Diaz@libra.com>
**Cc:** Mason, David <David.Mason@bmo.com>; Piette, Tricia (tricia.piette@bmo.com) <tricia.piette@bmo.com>; McCoy, Timothy <Tmccoy@gklaw.com>; Abbey, Crystal <CAbbey@gklaw.com>
**Subject:** BMO Closing Call [GK-Active.FID2938079]
**Importance:** High

**_MESSAGE SENT FROM EXTERNAL SOURCE_**

Bert and Steve,

You both should be receiving an email from Dave Mason soon with an updated Flow of Funds that will need to be signed before we are able to close. Bert previously requested that we have a closing call. Is there a time that works for everyone? Otherwise, I am happy to close it via email. I just need each of you to confirm to me via email that I am authorized to release all the signatures previously sent to me/Tim McCoy. Once I receive confirmation from you both, I will confirm that we are closed and BMO will be instructed to initiate the wires.

Please let me know your thoughts/preference.

Thanks,
**Nicholas Vlies** | *Attorney*
920.436.7683 direct
NVlies@gklaw.com

<image001.png>
200 South Washington Street, Suite 100 | Green Bay, Wisconsin 54301-4298
This is a transmission from the law firm of Godfrey & Kahn, S.C. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at (414) 273-3500.

This email has been scanned by the Symantec Email Security.cloud service.

This email has been scanned by the Symantec Email Security.cloud service.

# EXHIBIT A