**To:** Kulpinski, Emily[EKulpinski@gklaw.com]
**Cc:** Steve Brooks[stevebrooks17@gmail.com]; Gregory Merle[greg.merle@riverviewenergy.com]; Vlies, Nicholas[NVlies@gklaw.com]; Abbey, Crystal[CAbbey@gklaw.com]; McCoy, Timothy[Tmccoy@gklaw.com]; Mason, David[David.Mason@bmo.com]; Nelson, Aaron[Aaron1.Nelson@bmo.com]
**From:** Bert Diaz[Bert.Diaz@libra.com]
**Sent:** Tue 2/25/2020 8:19:35 PM (UTC)
**Subject:** RE: BMO - Convergen & L'Anse | Original Signature Pages Needed [GK-Active.FID2938079]

**External Email:** Use caution with links and attachments. | **Courriel externe**: Faites preuve de prudence en ce qui a trait aux liens et aux pièces jointes.

Hi Emily,

Tracking information is as follows:

UPS: 1ZE475E30194421009

Regards,

Bert Diaz
General Counsel

**Libra Capital US, Inc.**
Tel: +1 212 401 9333
www.libra.com

**From:** Kulpinski, Emily <EKulpinski@gklaw.com>
**Sent:** Tuesday, February 25, 2020 3:16 PM
**To:** Bert Diaz <Bert.Diaz@libra.com>
**Cc:** Steve Brooks <stevebrooks17@gmail.com>; Gregory Merle <greg.merle@riverviewenergy.com>; Vlies, Nicholas <NVlies@gklaw.com>; Abbey, Crystal <CAbbey@gklaw.com>; McCoy, Timothy <Tmccoy@gklaw.com>; Mason, David <David.Mason@bmo.com>; Nelson, Aaron <Aaron1.Nelson@bmo.com>
**Subject:** RE: BMO - Convergen & L'Anse | Original Signature Pages Needed [GK-Active.FID2938079]

**MESSAGE SENT FROM EXTERNAL SOURCE**

Bert,

Could you please send us the tracking information? We have kept an eye out since Crystal sent the email requesting more pages last week Tuesday (2/18), but still haven't received anything from you—or anyone else—in relation to this most recent request. We appreciate your cooperation.

Thank you,

**Emily Kulpinski,** SBWCP | *Legal Executive Assistant*
920.436.7695 direct | ekulpinski@gklaw.com

**GODFREY KAHN** s.c.

This is a transmission from the law firm of Godfrey & Kahn, S.C. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at (414) 273-3500.

**From:** Bert Diaz <Bert.Diaz@libra.com>
**Sent:** Friday, February 21, 2020 4:40 PM
**To:** Kulpinski, Emily <EKulpinski@gklaw.com>
**Cc:** Steve Brooks <stevebrooks17@gmail.com>; Gregory Merle <greg.merle@riverviewenergy.com>; Vlies, Nicholas <NVlies@gklaw.com>; Abbey, Crystal <CAbbey@gklaw.com>; McCoy, Timothy <Tmccoy@gklaw.com>; Mason, David <David.Mason@bmo.com>; Nelson, Aaron <Aaron1.Nelson@bmo.com>
**Subject:** Re: BMO - Convergen & L'Anse | Original Signature Pages Needed [GK-Active.FID2938079]

**EXHIBIT B**

Hi Emily,

I sent the additional originals requested below (that I signed) promptly after they were requested. Please double check. Note that I signed all the docs for the Libra entities. If you can't find them I'll send tracking data next week.

Let me know if BMO has any particular concerns.

Regards,

Bert

> On Feb 21, 2020, at 5:28 PM, Kulpinski, Emily <EKulpinski@gklaw.com> wrote:
>
> **MESSAGE SENT FROM EXTERNAL SOURCE**
>
> Hi All,
>
> We are just checking in on the status of the signature pages—have the remaining originals been sent out yet? We have not yet received any of the missing originals requested in the previous email. Please see the attached signature packets and spreadsheet for reference.
>
> As previously indicated, we would greatly appreciate a quick turnaround on this as the original signatures need to be provided to the bank.
>
> Thank you,
>
> **Emily Kulpinski,** SBWCP | *Legal Executive Assistant*
> 920.436.7695 direct | ekulpinski@gklaw.com
>
> 
>
> This is a transmission from the law firm of Godfrey & Kahn, S.C. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at (414) 273-3500.
>
> ---
>
> **From:** Abbey, Crystal <CAbbey@gklaw.com>
> **Sent:** Tuesday, February 18, 2020 12:04 PM
> **To:** Steve Brooks <stevebrooks17@gmail.com>; Kulpinski, Emily <EKulpinski@gklaw.com>; Mason, David <David.Mason@bmo.com>; McCoy, Timothy <Tmccoy@gklaw.com>; Nelson, Aaron <Aaron1.Nelson@bmo.com>; Vlies, Nicholas <NVlies@gklaw.com>; Gregory Merle <greg.merle@riverviewenergy.com>; Bert Diaz <Bert.Diaz@libra.com>
> **Subject:** RE: BMO - Convergen & L'Anse | Original Signature Pages Needed [GK-Active.FID2938079]
>
> Bert and Steve:
>
> We received your original signature packets; thanks for sending those pages. However, after reviewing all of the originals we received, there are several missing. To that end, attached please find a packet for each signatory (Ted, Steve, Bert, and Fidel) that we've compiled and need you to execute and return. If helpful, please review the attached spreadsheet, which shows whether we are missing an original specimen signature or an original signature to a particular document. When in doubt, have the signatory sign every line that signatory's name appears.
>
> If you could return the originals to us by the end of the week, it would be very much appreciated.
>
> Please let me know if you have any questions.

**EXHIBIT B**

Sincerely,

**Crystal N. Abbey,** M.A. | *Attorney*
920.436.7692 direct | cabbey@gklaw.com



This is a transmission from the law firm of Godfrey & Kahn, S.C. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at (414) 273-3500.

---

**From:** Abbey, Crystal
**Sent:** Monday, February 10, 2020 1:54 PM
**To:** Steve Brooks <stevebrooks17@gmail.com>; Kulpinski, Emily <ekulpinski@gklaw.com>; Mason, David <David.Mason@bmo.com>; McCoy, Timothy <tmccoy@gklaw.com>; Nelson, Aaron <Aaron1.Nelson@bmo.com>; Vlies, Nicholas <NVlies@gklaw.com>; Gregory Merle <greg.merle@riverviewenergy.com>
**Subject:** RE: BMO - Convergen & L'Anse | Original Signature Pages Needed [GK-Active.FID2938079]

Steve:

Thanks for the update; we'll confirm and review the pages once received.

Sincerely,

**Crystal N. Abbey,** M.A. | *Attorney*
920.436.7692 direct | cabbey@gklaw.com

This is a transmission from the law firm of Godfrey & Kahn, S.C. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at (414) 273-3500.

**From:** Steve Brooks <stevebrooks17@gmail.com>
**Sent:** Monday, February 10, 2020 10:43 AM
**To:** Abbey, Crystal <CAbbey@gklaw.com>; Kulpinski, Emily <EKulpinski@gklaw.com>; Mason, David <David.Mason@bmo.com>; McCoy, Timothy <Tmccoy@gklaw.com>; Nelson, Aaron <Aaron1.Nelson@bmo.com>; Vlies, Nicholas <NVlies@gklaw.com>; Gregory Merle <greg.merle@riverviewenergy.com>
**Subject:** Fwd: BMO - Convergen & L'Anse | Original Signature Pages Needed [GK-Active.FID2938079]

Hi Crystal,

I hope you had an enjoyable weekend. The last of the originals should all be in the mail on their way to you today. One point is that you had highlighted the Convergen WI Officer's Certificate. This was signed by Ted Hansen (document attached). Greg Merle signed the NianticVista Officer's Certificate, which will be sent to you.

Best Regards,

Steve

> **From:** "Abbey, Crystal" <CAbbey@gklaw.com>
> **Date:** February 7, 2020 at 5:41:30 PM EST
> **To:** Bert Diaz <Bert.Diaz@libra.com>, Steven Brooks <Steven.Brooks@libra.com>
> **Cc:** "Kulpinski, Emily" <EKulpinski@gklaw.com>, "Mason, David" <David.Mason@bmo.com>, "McCoy, Timothy" <Tmccoy@gklaw.com>, "Nelson, Aaron" <Aaron1.Nelson@bmo.com>, "Vlies, Nicholas" <NVlies@gklaw.com>
> **Subject: RE:  BMO - Convergen & L'Anse | Original Signature Pages Needed [GK-Active.FID2938079]**

**EXHIBIT B**

**MESSAGE SENT FROM EXTERNAL SOURCE**

Good afternoon, Bert and steven:

We reviewed the pages that Bert sent via UPS and have found that we need the following original pages from Bert, Greg Merle, Ted Hansen, Steven Brooks, and Fidel Andueza, as marked in red:

| | **Bert Diaz** | **Greg Merle** | **Ted Hansen** | **Steven Brooks** | A |
|---|---|---|---|---|---|
| Guaranty (NianticVista) | | ▓ | | | |
| Limited Guaranty (S. Brooks) | | | | ▓ | |
| 1st Amended & Restated Sec. Agr. (Convergen WI) | | | | | |
| General Sec. Agr. (NianticVista) | | ▓ | | | |
| Collateral Asg. of Supply Agr. (Convergen WI) | Consent | | | | |
| Collateral Asg. of Acquisition Agr. (Convergen WI) | Consent | | | | |
| Convergen WI Officer's Certificate | | | | | |
| Convergen WI Resolutions/Specimen Signatures | | Res. & Specimen | Specimen | Specimen | |
| NianticVista Officer's Certificate | | | | | |
| NianticVista Resolutions/Specimen Signatures | | | | | |
| L'Anse Officer's Certificate | | | | | |
| L'Anse Resolutions/Specimen Signatures | Res. & Specimen | | Specimen | | Res. Spec |
| Convergen Energy Officer's Certificate | | | | | |
| Convergen Energy Resolutions/Specimen Signatures | Res. & Specimen | | Specimen | | Res. Spec |
| Convergen CHP Officer's Certificate | | | | | |
| Convergen CHP Resolutions/Specimen Signatures | Res. & Specimen | | Specimen | | Res. Spec |
| Compliance Certificate (L'Anse) | | | | | |

Please forward these pages as soon as you are able, middle of next week if at all possible. Feel

HIGHLY CONFIDENTIAL     BMO_01310_0004

**EXHIBIT B**

| DOCUMENT | Bert Diaz | Greg Merle | Ted Hansen | Steven Brooks | Fidel Andueza |
|---|---|---|---|---|---|
| Guaranty (NianticVista) | | | | | |
| Limited Guaranty (S. Brooks) | | | | | |
| 1st Amended & Restated Sec. Agr. (Convergen WI) | | | | | |
| General Sec. Agr. (NianticVista) | | | | | |
| Collateral Asg. of Supply Agr. (Convergen WI) | | | | | |
| Collateral Asg. of Acquisition Agr. (Convergen WI) | | | | | |
| Convergen WI Officer's Certificate | | | | | |
| Convergen WI Resolution | | | Mgr. | | |
| Convergen WI Specimen Signature to Resolution | | | | | |
| NianticVista Officer's Certificate | | | | | |
| NianticVista Resolution | | | | | |
| NianticVista Specimen Signatures to Resolution | | | | | |
| L'Anse Officer's Certificate | Secretary | | | | |
| L'Anse Resolution | Mgr. | | | | Mgr. |
| L'Anse Specimen Signatures to Resolution | | | | Specimen | Specimen |
| Convergen Energy Officer's Certificate | Secretary | | | | |
| Convergen Energy Resolution | Mgr. | | | | Mgr. |
| Convergen Energy Specimen Signatures to Resolution | | | | Specimen | Specimen |
| Convergen CHP Officer's Certificate | Secretary | | | | |
| Convergen CHP Resolution | Mgr. | | | | Mgr. |
| Convergen CHP Specimen Signatures to Resolution | | | | Specimen | Specimen |
| L'Anse Flow of Funds Memo & Disbursement Request | | | | | |

# EXHIBIT B

free to contact me if you have any questions.  If you have already mailed/Fedex-ed these pages since our last email communication, please let me know that they've been sent and we'll send you a confirmation email once received.

Thanks and have a great weekend,

**Crystal N. Abbey,** M.A. | *Attorney*
920.436.7692 direct | cabbey@gklaw.com



This is a transmission from the law firm of Godfrey & Kahn, S.C. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at (414) 273-3500.

**From:** Bert Diaz <Bert.Diaz@libra.com>
**Sent:** Thursday, February 6, 2020 10:40 AM
**To:** Abbey, Crystal <CAbbey@gklaw.com>; Steven Brooks <Steven.Brooks@libra.com>
**Cc:** Kulpinski, Emily <EKulpinski@gklaw.com>; Mason, David <David.Mason@bmo.com>; McCoy, Timothy <Tmccoy@gklaw.com>; Nelson, Aaron <Aaron1.Nelson@bmo.com>; Vlies, Nicholas <NVlies@gklaw.com>
**Subject:** RE: BMO - Convergen & L'Anse | Original Signature Pages Needed [GK-Active.FID2938079]

No worries.

Thanks, Crystal.

Regards,

Bert Diaz
General Counsel

**Libra Capital US, Inc.**
Tel:  +1 212 401 9333
www.libra.com

**From:** Abbey, Crystal <CAbbey@gklaw.com>
**Sent:** Thursday, February 06, 2020 11:39 AM
**To:** Bert Diaz <Bert.Diaz@libra.com>; Steven Brooks <Steven.Brooks@libra.com>
**Cc:** Kulpinski, Emily <EKulpinski@gklaw.com>; Mason, David <David.Mason@bmo.com>; McCoy, Timothy <Tmccoy@gklaw.com>; Nelson, Aaron <Aaron1.Nelson@bmo.com>; Vlies, Nicholas <NVlies@gklaw.com>
**Subject:** RE: BMO - Convergen & L'Anse | Original Signature Pages Needed [GK-Active.FID2938079]

**_MESSAGE SENT FROM EXTERNAL SOURCE_**

Bert:

Apologies; we did in fact receive your packet of originals.

Thanks for following up!

Sincerely,

**Crystal N. Abbey,** M.A. | *Attorney*
920.436.7692 direct | cabbey@gklaw.com

HIGHLY CONFIDENTIAL                                                                                                                            BMO_01310_0005

**EXHIBIT B**

This is a transmission from the law firm of Godfrey & Kahn, S.C. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at (414) 273-3500.

---

**From:** Bert Diaz <Bert.Diaz@libra.com>
**Sent:** Thursday, February 6, 2020 10:30 AM
**To:** Abbey, Crystal <CAbbey@gklaw.com>; Steven Brooks <Steven.Brooks@libra.com>
**Cc:** Kulpinski, Emily <EKulpinski@gklaw.com>; Mason, David <David.Mason@bmo.com>; McCoy, Timothy <Tmccoy@gklaw.com>
**Subject:** RE: BMO - Convergen & L'Anse | Original Signature Pages Needed [GK-Active.FID2938079]

Hi Crystal,

I sent original the signature package to Tim (copied), last Thursday.

The tracking information is as follows:

**UPS: 1ZE475E30199513571**

Please confirm that you have received this.

Thanks,,

Bert Diaz
General Counsel

**Libra Capital US, Inc.**
Tel: +1 212 401 9333
www.libra.com

---

**From:** Abbey, Crystal <CAbbey@gklaw.com>
**Sent:** Thursday, February 06, 2020 11:11 AM
**To:** Bert Diaz <Bert.Diaz@libra.com>; Steven Brooks <Steven.Brooks@libra.com>
**Cc:** Kulpinski, Emily <EKulpinski@gklaw.com>; Mason, David <David.Mason@bmo.com>
**Subject:** BMO - Convergen & L'Anse | Original Signature Pages Needed [GK-Active.FID2938079]

**MESSAGE SENT FROM EXTERNAL SOURCE**

Good morning, Bert and Steven:

Hope this email finds you all well. I am emailing you regarding the above-referenced transaction that closed on Monday. If you haven't already, please Fedex your respective original (wet ink on paper) signature pages to our office (contact information can be found in the below signature block). We have some originals from Ted Hanson but we will need originals from everyone (Greg Merle, Steven Brooks, Bert Diaz, and Fidel Andueza) and for anything that Ted Hanson signed after he mailed his initial originals packet. Please also be sure to include the original for the Negative Pledge from L'Anse, signed by Bert. If you could get these to us by the middle of next week, that would be greatly appreciated.

Please contact me if you have any questions.

Sincerely,

**Crystal N. Abbey,** M.A. | *Attorney*
920.436.7692 direct
cabbey@gklaw.com

**EXHIBIT B**

HIGHLY CONFIDENTIAL

200 South Washington Street, Suite 100 | Green Bay, Wisconsin 54301-4298

This is a transmission from the law firm of Godfrey & Kahn, S.C. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at (414) 273-3500.

---
This email has been scanned by the Symantec Email Security.cloud service.

---
This email has been scanned by the Symantec Email Security.cloud service.

--
Steve J. Brooks
stevebrooks17@gmail.com
<Bert Diaz Signature Pages.pdf>
<Steve Brooks Signature Pages.pdf>
<Ted Hansen Signature Page.pdf>
<Fidel Andueza Signature Pages.pdf>
<Copy of BMO-Convergen-L'Anse OG Signature Tracking.xlsx>

---
This email has been scanned by the Symantec Email Security.cloud service.

---
This email has been scanned by the Symantec Email Security.cloud service.

# EXHIBIT B