

---------- Forwarded message ---------
From: **Phaedra S. Chrousos** <Phaedra.Chrousos@libra.com>
Date: Fri, Mar 20, 2020 at 9:48 AM
Subject: Re: Personal Belongings + Libra Hardware
To: Steve Brooks <stevebrooks17@gmail.com>
Cc: Siobhan Owens <Siobhan.Owens@librasocial.com>


Hi Steve,


Understood given the circumstances! Let us know when you have a better sense of this - we'll keep an eye out. Good luck w/ the self quarantining.


Best,
Phaedra

---

**From:** Steve Brooks <stevebrooks17@gmail.com>
**Sent:** Friday, March 20, 2020 9:45 AM
**To:** Phaedra S. Chrousos
**Cc:** Siobhan Owens
**Subject:** Re: Personal Belongings + Libra Hardware

*MESSAGE SENT FROM EXTERNAL SOURCE*

Hi Phaedra,

I hope you are doing well given the pandemic. I unfortunately do not have access to my hardware as I am currently self-quarantining. However, as soon as I can I will bring them to the office.

Best Regards,

Steve

On Fri, Mar 20, 2020 at 9:41 AM Phaedra S. Chrousos <Phaedra.Chrousos@libra.com> wrote:

> Hi Steve,

**EXHIBIT C**

Given the COVID situation and the office closure, if you have not already returned it, could you pls put your hardware in the mail and mail it to the NYC office? We have someone at the office daily to receive packages. Pls send us a tracking # when you do so.

Thank you,
Phaedra

---

**From:** Phaedra S. Chrousos
**Sent:** Tuesday, March 3, 2020 12:44 PM
**To:** stevebrooks17@gmail.com
**Cc:** Siobhan Owens
**Subject:** Re: Personal Belongings + Libra Hardware

Hi Steve,

A kind reminder re the below.

Best,
Phaedra

---

**From:** Phaedra S. Chrousos
**Sent:** Wednesday, February 26, 2020 3:32 PM
**To:** stevebrooks17@gmail.com
**Subject:** Personal Belongings + Libra Hardware

Hi Steve,

Now that you've signed, there are few logistical next steps:

1. We've collected your personal belongings into a few boxes and have labeled them clearly/stored them in the basement. Daniela or Shay can get them for you at any time.
2. Please return your laptop, phone and any other hardware you may have to NYC reception by Friday EOD.

Pls reach out should you need anything else from the office in particular! Running down a close out list and will reach out if there is anything else on my end.

# EXHIBIT C

Best,
Phaedra

This email has been scanned by the Symantec Email Security.cloud service.

--
Steve J. Brooks
stevebrooks17@gmail.com

This email has been scanned by the Symantec Email Security.cloud service.

--
Steve J. Brooks
stevebrooks17@gmail.com

# EXHIBIT C