

---------- Forwarded message ---------
From: <DoNotReply@ereceipt.usps.gov>
Date: Tue, Jun 2, 2020 at 1:41 PM
Subject: USPS eReceipt
To: <STEVEBROOKS17@gmail.com>

**USPS.COM**

```
================================================================
                        CAMP AVENUE
                        24 CAMP AVE
                  STAMFORD, CT, 06907-9992
                        087718-0904
                       (800)275-8777
                   06/02/2020 01:40 PM
================================================================
================================================================
----------------------------------------------------------------
Product                        Qty     Unit Price      Price
----------------------------------------------------------------
PM 3-Day                         1         $15.05      $15.05
Med FR Box
    (Domestic)
    (MILWAUKEE, WI   53212)
    (Flat Rate)
    (Expected Delivery Day)
    (Saturday 06/06/2020)
    (USPS Tracking #)
    (9505 5117 4721 0154 4495 89 )
Insurance                                               $0.00
    (Up to $50.00 included)
----------------------------------------------------------------
Total:                                                 $15.05

----------------------------------------------------------------
Credit Card Remitd                                     $15.05
    (Card Name:VISA)
```

1

# EXHIBIT D

```
(Account #:XXXXXXXXXXXX1818)
(Approval #:00115I)
(Transaction #:592)
(AID:A0000000031010        Chip)
(AL:VISA CREDIT)
(PIN:Not Required     CHASE VISA)

Clerk ID: 07
Receipt #: 840-50604106-1-5190616-2
```

***************************************  
Due to limited transportation  
availability as a result of  
nationwide COVID-19 impacts  
package delivery times may be  
extended. Priority Mail Express®  
service will not change.  
***************************************  

Text your tracking number to 28777  
(2USPS) to get the latest status.  
Standard Message and Data rates may  
apply. You may also visit www.usps.com  
USPS Tracking or call 1-800-222-1811.  

In a hurry? Self-service kiosks offer  
quick and easy check-out. Any Retail  
Associate can show you how.  

Save this receipt as evidence of  
insurance. For information on filing  
an insurance claim go to  
https://www.usps.com/help/claims.htm  

Preview your Mail  
Track your Packages  
Sign up for FREE @  
www.informeddelivery.com  

All sales final on stamps and postage.  
Refunds for guaranteed services only.  
Thank you for your business.  

HELP US SERVE YOU BETTER  

TELL US ABOUT YOUR RECENT  
POSTAL EXPERIENCE  

Go to:  

**EXHIBIT D**

```
                    https://postalexperience.com/pos?mt=9

                    840-5060-4106-001-00051-90616-02




                         or call 1-800-410-7420.

                           YOUR OPINION COUNTS




Privacy Act Statement: Your information will be used to provide you with an
electronic receipt for your purchase transaction via email. Collection is
authorized by 39 USC 401, 403, and 404. Providing the information is
voluntary, but if not provided, we will be unable to process your request to
receive an electronic receipt. We do not disclose your information to third
parties without your consent, except to facilitate the transaction, to act
on your behalf or request, or as legally required. This includes the
following limited circumstances: to a congressional office on your behalf;
to financial entities regarding financial transaction issues; to a U.S.
Postal Service auditor; to entities, including law enforcement, as required
by law or in legal proceedings; to contractors and other entities aiding us
to fulfill the service (service providers); to process servers; to domestic
government agencies if needed as part of their duties; and to a foreign
government agency for violations and alleged violations of law. For more
information on our privacy policies visit
www.usps.com/privacypolicy.
--------------------------------------------------------------------------



This is an automated email. Please do not reply to this message. This
message is for the designated recipient only and may contain privileged,
proprietary, or otherwise private information. If you have received it in
error, please delete. Any other use of this email by you is prohibited.
```

--
Steve J. Brooks
stevebrooks17@gmail.com

**EXHIBIT D**