**ALERT: USPS IS MONITORING THE CONDITIONS OF HURRICANE LAURA AS IT MOVES INL…**

# USPS Tracking®

FAQs >

**Track Another Package** +

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More** (https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Remove X

Feedback

**Tracking Number:** 9505511747240234009211

Your item was picked up at a postal facility at 8:33 am on August 27, 2020 in MILWAUKEE, WI 53212.

**USPS Premium Tracking™ Available** ⌄


**Delivered**

August 27, 2020 at 8:33 am
Delivered, Individual Picked Up at Postal Facility
MILWAUKEE, WI 53212

**Get Updates** ⌄

---

**Text & Email Updates** ⌄

**Tracking History** ⌃

August 27, 2020, 8:33 am
Delivered, Individual Picked Up at Postal Facility

**EXHIBIT E**

MILWAUKEE, WI 53212
Your item was picked up at a postal facility at 8:33 am on August 27, 2020 in MILWAUKEE, WI 53212.

August 27, 2020, 7:10 am
Out for Delivery
MILWAUKEE, WI 53212

August 27, 2020, 6:47 am
Arrived at Post Office
MILWAUKEE, WI 53212

August 27, 2020, 6:05 am
Arrived at USPS Facility
MILWAUKEE, WI 53212

August 27, 2020, 5:59 am
Departed USPS Facility
MILWAUKEE, WI 53206

August 27, 2020, 5:51 am
Arrived at USPS Facility
MILWAUKEE, WI 53206

August 27, 2020, 5:37 am
Departed USPS Facility
MILWAUKEE, WI 53203

August 27, 2020, 2:08 am
Arrived at USPS Facility
MILWAUKEE, WI 53203

August 27, 2020, 1:51 am
Departed USPS Regional Facility
OAK CREEK WI DISTRIBUTION CENTER

August 26, 2020, 8:59 pm

Feedback

EXHIBIT E

Arrived at USPS Regional Destination Facility
OAK CREEK WI DISTRIBUTION CENTER

**August 26, 2020**
In Transit to Next Facility

**August 23, 2020, 4:30 am**
Arrived at USPS Regional Origin Facility
NEWARK NJ DISTRIBUTION CENTER

**August 22, 2020, 7:20 pm**
Arrived at USPS Regional Facility
JERSEY CITY NJ NETWORK DISTRIBUTION CENTER

**August 22, 2020, 8:48 am**
Arrived at USPS Regional Facility
WHITE PLAINS NY DISTRIBUTION CENTER

**August 22, 2020, 7:57 am**
Departed USPS Regional Facility
STAMFORD CT DISTRIBUTION CENTER

**August 21, 2020, 7:58 pm**
Arrived at USPS Regional Origin Facility
STAMFORD CT DISTRIBUTION CENTER

**August 21, 2020, 5:07 pm**
Departed Post Office
STAMFORD, CT 06907

**August 21, 2020, 10:47 am**
USPS in possession of item
STAMFORD, CT 06907

**Premium Tracking** 

# EXHIBIT E

Case 1:20-cv-03746-AS   Document 152-5   Filed 09/04/20   Page 4 of 4

Product Information ⌄

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

FAQs

Feedback

# EXHIBIT E