

**USPS Priority Mail Express Label**

U.S. POSTAGE PAID
PME 1-Day
STAMFORD, CT 06907
JUN 29, 20
AMOUNT $30.70
R2305P1512E4-01

53212
1007

EJ 361 511 291 US

**ORIGIN (POSTAL SERVICE USE ONLY)**
- PO ZIP Code: 06907
- Date Accepted: 06/29/2020
- Time Accepted: 4:06 PM
- Scheduled Delivery Date: 06/30/2020
- Scheduled Delivery Time: 3:00 PM
- Postage: $30.70
- Weight: 7 lb 20 oz (flat rate)
- Total Postage & Fees: $30.70

**FROM:**
Steven J. Brooks
25 Inwood Road
Darien, CT 06820
Phone: 203-524-5780

**TO:**
Kohner, Mann & Kailas, S.C.
Attn: Ryan M. Billings, Esq.
4650 N. Port Washington Road
Washington Building, 2nd Floor
Milwaukee, WI 53212-1059
Phone: 414-962-5110

**EXHIBIT F**