| | |
|---|---|
| **From:** | Bert Diaz |
| **To:** | Ted Hansen; Steven Brooks |
| **Subject:** | RE: LWEC"s BMO Account |
| **Date:** | Tuesday, February 11, 2020 10:58:09 AM |

Ted,

You have not been removed as the Vice President of LWEC.

Please continue to act in the ordinary course.

Thanks,

Bert Diaz
General Counsel

**Libra Capital US, Inc.**
Tel:  +1 212 401 9333
www.libra.com

**From:** Ted Hansen <ted.hansen@convergenenergy.com>
**Sent:** Tuesday, February 11, 2020 11:49 AM
**To:** Bert Diaz <Bert.Diaz@libra.com>; Steven Brooks <Steven.Brooks@libra.com>
**Subject:** FW: LWEC's BMO Account

*MESSAGE SENT FROM EXTERNAL SOURCE*
Bert, am I still authorized to sign documents like this on behalf of LWEC?  Am I still considered to be the CEO of L'Anse?  I'm not clear on what my signing authorities are these days for LWEC?  Thanks!

Ted Hansen
Tel: (920) 438-3835
Mob: (920) 427-5390

**From:** Brian Mikkelson <brian.mikkelson@convergenenergy.com>
**Sent:** Tuesday, February 11, 2020 10:34 AM
**To:** Ted Hansen <ted.hansen@convergenenergy.com>
**Subject:** LWEC's BMO Account

Hi Ted,

Could you please sign page 14 of the attached form and return to me.  This is the Treasury Services Agreement for LWEC.



Regards,
Brian

**EXHIBIT G**

Brian R. Mikkelson, CPA
Controller, Convergen Energy WI

Convergen Energy WI
Tel:   + 1 920 455 7940
Mob: + 1 920 360 2604
Fax:   + 1 920 435 1068

www.convergenenergy.com

This email and any attachments to it, contains confidential information intended for the above named addressee(s) only. If you are not the intended addressee you must not disclose, use, copy or distribute the information in any manner and should delete this email from your system. If you have received this email in error, please notify the sender by reply email and/or call us on the number given below.

*Convergen Energy LLC*
600 Liberty Street, Green Bay  WI  54304  Tel: (920) 432-3835

This email has been scanned by the Symantec Email Security.cloud service.

**EXHIBIT G**