| | |
|---|---|
| **From:** | Brian Mikkelson |
| **To:** | Bert Diaz |
| **Cc:** | Ted Hansen; Steve Brooks |
| **Subject:** | CHP Transition |
| **Date:** | Monday, March 2, 2020 9:15:33 AM |

Hi Bert,

I hope that you had a great weekend.

I am still overseeing the CHP companies and I have not been given any direction as to who will be assigned these duties. Initially I was told Diane or possibly Faran (?). As of late January, I was told that LGA had not decided or informed the person yet.

I am hoping that you could provide me some assistance in moving this transition forward.

My biggest concern is my personal liability with being the only responsible person for the two NY Sales Tax Returns. I did mention this to Emma in December when we were in NY. My liability will not end until either another person is assigned or I remove myself. My preference is to make the transition easy for everyone so if I remove myself prior to the transition, it will be much more difficult for a new person to take this over.

In addition to the Sales Tax, there are a number of filings that are due this month. Below is a partial list.

    CHP Filings Due
- SAM Registrations
- NYSERDA annual filings
- Treasury Department Filings
- CSC
- NYCEEC

The new person will need to be registered with these entities and also become signors for three banks. I can assist in this process.

I am generating the invoices for Hilton and Broadway this morning. This would be a good time to inform the hotels of the changes and also update the mailing address.

Could you please let me know who is taking over these responsibilities so that I can assist in the transition?


Regards,
Brian



Brian R. Mikkelson, CPA
Controller, Convergen Energy WI

Convergen Energy WI
Tel:   + 1 920 455 7940
Mob: + 1 920 360 2604

**EXHIBIT H**

Fax:  + 1 920 435 1068

 www.convergenenergy.com

This email and any attachments to it, contains confidential information intended for the above named addressee(s) only. If you are not the intended addressee you must not disclose, use, copy or distribute the information in any manner and should delete this email from your system. If you have received this email in error, please notify the sender by reply email and/or call us on the number given below.

*Convergen Energy LLC*
600 Liberty Street, Green Bay  WI  54304  Tel: (920) 432-3835

# EXHIBIT H