**To:** Aaron Nelson[aaron1.nelson@bmo.com]
**Cc:** Dave Mason[David.Mason@bmo.com]; Ted Hansen[ted.hansen@convergenenergy.com]
**From:** Brian Mikkelson[brian.mikkelson@convergenenergy.com]
**Sent:** Mon 3/9/2020 11:07:59 PM (UTC)
**Subject:** CHP Financials
CHP Financials - 2019.pdf

External Email: Use caution with links and attachments. | Courriel externe : Faites preuve de prudence en ce qui a trait aux liens et aux pièces jointes.

Hi Aaron,

Attached are the consolidated financials for CHP.

One item that will be noticed is the $873k reduction Intercompany Receivables. Almost all of the intercomapny receivables/payables under FNA II (CE LLC's parent company) were waterfalled through equity to elimate these accounts that were not going to be paid.


Regards,
Brian



Brian R. Mikkelson, CPA
Controller, Convergen Energy WI

Convergen Energy WI
Tel:  + 1 920 455 7940
Mob: + 1 920 360 2604
Fax:  + 1 920 435 1068

www.convergenenergy.com

This email and any attachments to it, contains confidential information intended for the above named addressee(s) only. If you are not the intended addressee you must not disclose, use, copy or distribute the information in any manner and should delete this email from your system. If you have received this email in error, please notify the sender by reply email and/or call us on the number given below.

*Convergen Energy LLC*
600 Liberty Street, Green Bay  WI  54304  Tel: (920) 432-3835