| | |
|---|---|
| **From:** | Bert Diaz |
| **To:** | Camilo Patrignani; Ted Hansen |
| **Subject:** | RE: account - L"Anse Warden Electric Company LLC - Updates |
| **Date:** | Wednesday, April 15, 2020 11:18:16 AM |

Hi Ted,

We removed you as a VP of LWEC effective 1/31/20, when the GB sale took place.

Regards,

Bert Diaz
General Counsel

**Libra Capital US, Inc.**
Tel:  +1 212 401 9333
www.libra.com

---

**From:** Camilo Patrignani <Camilo.Patrignani@libra.com>
**Sent:** Wednesday, April 15, 2020 12:15 PM
**To:** Ted Hansen <ted.hansen@convergenenergy.com>
**Cc:** Bert Diaz <Bert.Diaz@libra.com>
**Subject:** RE: account - L'Anse Warden Electric Company LLC - Updates

Hey Ted,

I don't know actually but I am pretty sure it did not change. Bert?

Thank you,

Camilo

---

**From:** Ted Hansen <ted.hansen@convergenenergy.com>
**Sent:** Wednesday, April 15, 2020 12:10 PM
**To:** Ambrosius, Shelly A <shelly.ambrosius@bmo.com>; Camilo Patrignani <Camilo.Patrignani@libra.com>
**Cc:** Nelson, Aaron <Aaron1.Nelson@bmo.com>; Mason, David <David.Mason@bmo.com>
**Subject:** RE: account - L'Anse Warden Electric Company LLC - Updates

*MESSAGE SENT FROM EXTERNAL SOURCE*
Thanks Shelly.  Camilo, my understanding is that my title for LWEC should be Vice President.  Is that correct?

Ted Hansen
Tel: (920) 438-3835
Mob: (920) 427-5390

---

**From:** Ambrosius, Shelly A <shelly.ambrosius@bmo.com>

**EXHIBIT K**

**Sent:** Wednesday, April 15, 2020 10:28 AM
**To:** Camilo Patrignani <Camilo.Patrignani@libra.com>; Ted Hansen <ted.hansen@convergenenergy.com>
**Cc:** Nelson, Aaron <Aaron1.Nelson@bmo.com>; Mason, David <David.Mason@bmo.com>
**Subject:** RE: account - L'Anse Warden Electric Company LLC - Updates

Hello Camilo/Ted,

I hope everyone is staying healthy.

Sorry for the additional questions on these changes, just want to make sure I am processing this correct.
I had previously sent an email on Convergen in error.  I did recall the message, but if didn't catch please disregard the email from me on that.

Attached is the updated Resolution.  Please review and sign where names are listed, then return via email.
On the Signature Record if Ted can just sign on the bottom authorizing to remove Steve from check signing.

If there are any questions, please let me know.

*Shelly Ambrosius*
Commercial Banking Service Associate
Commercial Banking Wisconsin

**BMO Harris Bank N.A.**
310 W. Walnut Street
Green Bay, WI  54303
Shelly.ambrosius@bmo.com
T 920-436-1890
F 920-436-1939

**TECHNICAL SUPPORT:** tranmissions and file transfer issues, ACH, OLBB and Wire inquires, please contact: TPSUS.Helpdesk@bmo.com or #1-866-867-2173
**CLIENT SERVICES:** balances, adjustments, wire recalls, check copies, ACH inquires and maintenance including closures and name/address changes,
please contact: TPSUS.service@bmo.com or #1-877-895-3278

Bmoharris.com
This email and its attachments are confidential.  Any unauthorized use or disclosure is prohibited.
If you receive this email in error, please notify me by reply email and permanently delete the original without making any copies or disclosing its contents.

---

**From:** Nelson, Aaron
**Sent:** Wednesday, April 15, 2020 10:08 AM
**To:** Camilo Patrignani; Ted Hansen; Ambrosius, Shelly A; Mason, David
**Subject:** RE: account

Thank you!



**EXHIBIT K**

**From:** Camilo Patrignani [mailto:Camilo.Patrignani@libra.com]
**Sent:** Wednesday, April 15, 2020 10:04 AM
**To:** Nelson, Aaron; Ted Hansen; Ambrosius, Shelly A; Mason, David
**Subject:** RE: account

Thank you Aaron, that is correct.

Fidel should not be.

Kind regards,

Camilo

**From:** Nelson, Aaron <Aaron1.Nelson@bmo.com>
**Sent:** Wednesday, April 15, 2020 11:01 AM
**To:** Ted Hansen <ted.hansen@convergenenergy.com>; Camilo Patrignani <Camilo.Patrignani@libra.com>; Ambrosius, Shelly A <shelly.ambrosius@bmo.com>; Mason, David <David.Mason@bmo.com>
**Subject:** RE: account

 **_MESSAGE SENT FROM EXTERNAL SOURCE_**

Hi all,

With all the conversation, I need to send an email to re-confirm:

**Changes to the Account Resolution**
- Remove Steve
- Add Camilo

Remaining names on the Resolution would be:
- Camilo
- Bert Diaz
- Ted
- Brian

**Changes to Signature Card**
- Remove Steve

Remaining check signors would be:
- Ted
- Brian
- Zachary
- Suzanne
- Peggy

Note that Fidel's name is not currently on either document.



**EXHIBIT K**

Correct?

Aaron

---

**From:** Ted Hansen [mailto:ted.hansen@convergenenergy.com]
**Sent:** Friday, April 10, 2020 12:01 PM
**To:** Camilo Patrignani; Nelson, Aaron; Ambrosius, Shelly A; Mason, David
**Subject:** RE: account

Aaron, I'm assuming this won't change who can sign checks?  We may need to make some changes as move from PM Power to CE WI preparing the financial statements and issuing checks.  But for now, I'd prefer that not to change.

Ted Hansen
Tel: (920) 438-3835
Mob: (920) 427-5390

---

**From:** Camilo Patrignani <Camilo.Patrignani@libra.com>
**Sent:** Friday, April 10, 2020 11:07 AM
**To:** Nelson, Aaron <Aaron1.Nelson@bmo.com>; Ambrosius, Shelly A <shelly.ambrosius@bmo.com>; Mason, David <David.Mason@bmo.com>
**Cc:** Ted Hansen <ted.hansen@convergenenergy.com>
**Subject:** RE: account

Hi Aaron,

Thank you for your email and happy good Friday to everyone. Shelly good to meet you electronically and David Hi to you again!

We would remove Fidel and Steven but not Ted please.

Kind regards,

Camilo

---

**From:** Nelson, Aaron <Aaron1.Nelson@bmo.com>
**Sent:** Friday, April 10, 2020 10:55 AM
**To:** Camilo Patrignani <Camilo.Patrignani@libra.com>; Ambrosius, Shelly A <shelly.ambrosius@bmo.com>; Mason, David <David.Mason@bmo.com>
**Cc:** Ted Hansen <ted.hansen@convergenenergy.com>
**Subject:** RE: account

   *MESSAGE SENT FROM EXTERNAL SOURCE*

Hi Camilo,



**EXHIBIT K**

I've copied two colleagues:
- David Mason (whom you met on the call with me)
- Shelly Ambrosius (another team member)

Thank you for the phone call to introduce yourself and talk through, at a high level, some upcoming projects at L'Anse.  The CHP update was also helpful – we will remain on hold on discussing CHP debt until the world returns to being a bit more normal.

Regarding changes to the L'Anse accounts – Shelly will be leading.  The documents you sent remove Ted, Steven and Fidel as Officers of L'Anse Warden and add you as an officer.  To be clear, we discussed:
- Change the Signors by:
    - Adding Camilo
    - Removing Fidel
- Change the Account Resolution by:
    - Adding Camilo
    - Removing Fidel

Do you wish to remove either Steven Brooks or Ted Hansen as signors or from the resolution?

Thanks!
Aaron

---

**From:** Camilo Patrignani [mailto:Camilo.Patrignani@libra.com]
**Sent:** Thursday, April 09, 2020 10:31 AM
**To:** Nelson, Aaron
**Cc:** Ted Hansen
**Subject:** account

**External Email:** Use caution with links and attachments. | **Courriel externe :** Faites preuve de prudence en ce qui a trait aux liens et aux pièces jointes.

Hi Aaron,

Great talking to you and Dave today. Look forward to working with you. As discussed attached are the corp resolutions to add me as a signatory.

Thank you,

Camilo

_____
This email has been scanned by the Symantec Email Security.cloud service.

_____
This email has been scanned by the Symantec Email Security.cloud service.



# EXHIBIT K

This email has been scanned by the Symantec Email Security.cloud service.

This email has been scanned by the Symantec Email Security.cloud service.

# EXHIBIT K