



**EXHIBIT L**



**EXHIBIT L**