---------- Forwarded message ---------
From: **chang chang** <325polyy@gmail.com>
Date: Mon, Jul 6, 2020 at 12:27 PM
Subject: Law Suit vs Convergen (biomass pellets)
To: chang chang <325polyy@gmail.com>

This is FYI regarding a Complaint (attached) filed on 5/14/20 in Federal Courts against Convergen Energy WI LLC (pellet supplier from Green Bay) for several charges of Fraud.

The assigned case number that can be used to look it up on PACER is 1:20-cv-03746.

**EXHIBIT M**