```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/04/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
CONVERGEN ENERGY LLC et al.,                                           :
                                                                       :
                              Plaintiffs,                              :
                                                                       :            20-cv-3746 (LJL)
        -v-                                                            :
                                                                       :               ORDER
ELMERINA BROOKS,                                                       :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      This case was stayed pending the outcome of arbitration on September 16, 2020.  The parties are directed to submit a joint letter updating the Court on the status of the arbitration in thirty (30) days from the entry of this Order and every six months thereafter.

      SO ORDERED.

Dated: April 4, 2022
       New York, New York

                                            LEWIS J. LIMAN
                                            United States District Judge