

322 Eighth Avenue
Suite 1704
New York, NY 10001 USA
+1.212.523.0686
www.seidenlawgroup.com

Robert W. Seiden, Esq.
Steve E. Seiden, Esq.
Michael Stolper, Esq.
Amiad Kushner, Esq.
Jake Nachmani, Esq.
Adam Rosen, Esq.
Richard Frankel, Esq.
Dov B. Gold, Esq.
Andrew Sklar, Esq.
Xintong Zhang, Esq.
Priya Lehal, Esq.
Kayla Conway, Investigator
Nat Francis, Snr. Investigator

<u>Via ECF</u>

April 26, 2022

Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 701
New York, NY 10007
(212) 805-0226
LimanNYSDChambers@nysd.uscourts.gov

Re: <u>Convergen Energy LLC et al. v. Brooks et al., No. 20-cv-3746 (LJL)</u>

Dear Judge Liman:

     We are writing in response to Court's April 4, 2022 Order requesting periodic updates on the arbitration. The parties are participating in an omnibus arbitration pending as AAA Case No. 01-20-0014-8891 before a three-arbitrator panel. The parties have fully briefed motions to dismiss and are awaiting a decision from the arbitral panel. Upon resolution of the motions, the parties will confer as to a case schedule for any surviving claims. Counsel for the remaining Defendants has approved this joint letter.

Respectfully,

*/s/ Michael Stolper*
Michael Stolper, Esq.


cc:  Defense counsel via ECF