

<u>Via ECF</u>

May 3, 2023

Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 701
New York, NY 10007
(212) 805-0226
LimanNYSDChambers@nysd.uscourts.gov

Re: <u>Convergen Energy LLC et al. v. Brooks et al.</u>, No. 20-cv-3746 (LJL)

Dear Judge Liman:

    We are writing in response to Court's April 4, 2022 Order requesting periodic updates on the arbitration. The parties are participating in an omnibus arbitration pending as AAA Case No. 01-20-0014-8891 before a three-arbitrator panel. Since our last update on November 3, 2022, the parties have produced written documents and are wrapping up document discovery and beginning fact depositions. A Final Hearing for this matter has not yet been set. Counsel for the Plaintiffs has approved this joint letter.

Respectfully,

*/s/ Ryan M. Billings*

KOHNER, MANN & KAILAS, S.C.

Ryan M. Billings

RMB

    cc:    All Counsel of Record via ECF

ORDER: The parties shall file a further status report in six (6) months.

Date: 5/4/2023

SO ORDERED.

*/s/ Lewis J. Liman*
LEWIS J. LIMAN
United States District Judge