

**Via ECF**

November 3, 2023

Hon. Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
(212) 805-0238

Re: *Convergen Energy LLC et al. v. Brooks et al., No. 20-cv-3746 (AS)*

Dear Judge Subramanian:

     We are writing in response to the Court's (the Honorable Lewis J. Liman, presiding) April 4, 2022 Order (ECF No. 177) requesting periodic updates on the arbitration that is proceeding while this litigation is stayed. The parties are participating in an omnibus arbitration pending as American Arbitration Association Case No. 01-20-0014-8891 before a three-arbitrator panel. Since our last update on May 3, 2023, the parties have substantially completed fact depositions and are engaged in expert discovery. A Final Hearing for this matter has not yet been set. Counsel for the Plaintiffs has approved this joint letter.

Respectfully,

*/s/ Ryan M. Billings*

KOHNER, MANN & KAILAS, S.C.

Ryan M. Billings

RMB


    cc:   All Counsel of Record via ECF