# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF NEW YORK

CONVERGEN ENERGY LLC, et al.,

           Plaintiffs,

v.                                    CASE NO.: 1:20-CV-03746 (AS)

STEVEN J. BROOKS, et al.,

           Defendants.

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

    IT IS HEREBY STIPULATED AND AGREED by and between the parties who have appeared in this action and/or their respective counsel that all of the claims and counterclaims that were brought or could have been brought between Plaintiffs Libra Capital US, Inc., L'Anse Warden Electric Company, LLC, EuroEnergy Biogas Latvia Limited, Convergen Energy LLC, and Defendant Brian R. Mikkelson are voluntarily dismissed, with prejudice and without costs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: April 27, 2024

| | |
|---|---|
| /s/ Ryan M. Billings | /s/ Michael T. Stolper |
| Ryan M. Billings, Esq. | Michael T. Stolper, Esq. |
| KOHNER, MANN & KAILAS, S.C. | SEIDEN LAW GROUP LLP |
| 4650 N. Port Washington Road | 322 Eighth Avenue |
| Milwaukee, WI 53212 | New York, NY 10001 |
| | |
| *Counsel for Defendants Steven J. Brooks,* | *Counsel for Libra Capital US, Inc.,* |
| *Gregory Merle, NianticVista Energy, LLC,* | *L'Anse Warden Electric Company, LLC,* |
| *Convergen Energy WI, LLC,* | *EuroEnergy Biogas Latvia Limited,* |
| *Theodore John Hansen, and* | *and Convergen Energy LLC* |
| *Brian Mikkelson* | |